IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **V.** | : | |
| | : | |
| **LORE-ELISABETH BLUMENTHAL** | : | **NO. 02-MJ-1002** |

### ORDER TO SEAL MOTION

AND NOW this _____ day of _____, 2020, upon consideration of the Defendant's Motion to Appeal from the Magistrate's Detention Order it is hereby ORDERED that the Motion attached is SEALED until further order of this Court. This Order shall designate on the docket sheets as a judicial document.

                                        BY THE COURT:

                                        **HONORABLE C. DARNELL JONES, II**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **V.** | : | |
| | : | |
| **LORE-ELISABETH BLUMENTHAL** | : | **NO. 02-MJ-1002** |

**MOTION TO FILE UNDER SEAL**

TO THE HONORABLE C. DARNELL JONES, IIS, JUDGE, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA:

1. Counsel requests that the Defendant's Motion to Appeal from the Magistrate's Detention Order be filed under seal for the protection of the information contained within the motion.

2. Counsel requests that Your Honor grant the attached Order sealing this motion.

           **Respectfully submitted**


           */a/ Paul J. Hetznecker, Esquire*
           **PAUL J. HETZNECKER, ESQUIRE**
           Attorney for Defendant, Lore-Elisabeth BLUMENTHAL

**DATE:**     **June 24, 2020**