IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20-233 |
|---|---|---|
| v. | : | DATE FILED: 8/5/2020 |
| LORE-ELISABETH BLUMENTHAL | : | |
| | : | VIOLATIONS: |
| | : | 18 U.S.C. § 844(f)(1) and (2) (arson of property belonging to an agency receiving federal funding – 2 counts) |
| | : | 18 U.S.C. § 844(i) (arson affecting interstate commerce – 2 counts) |
| | : | 18 U.S.C. § 2 (aiding and abetting) Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about May 30, 2020, in the Eastern District of Pennsylvania, defendant

**LORE-ELISABETH BLUMENTHAL**

maliciously damaged and destroyed, attempted to damage and destroy, and aided and abetted the damaging and destruction of Philadelphia Police Department Radio Patrol Car 2514, a vehicle in whole and in part owned by the Philadelphia Police Department, an institution and organization receiving Federal financial assistance, by means of fire, and in so doing created a substantial risk of injury to one or more persons, including public safety officers.

In violation of Title 18, United States Code, Sections 844(f)(1), (f)(2) and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 30, 2020, in the Eastern District of Pennsylvania, defendant

**LORE-ELISABETH BLUMENTHAL**

maliciously damaged and destroyed, attempted to damage and destroy, and aided and abetted the damaging and destruction of Philadelphia Police Department Radio Patrol Car 1612, a vehicle in whole and in part owned by the Philadelphia Police Department, an institution and organization receiving Federal financial assistance, by means of fire, and in so doing created a substantial risk of injury to one or more persons, including public safety officers.

In violation of Title 18, United States Code, Sections 844(f)(1), (f)(2) and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 30, 2020, in the Eastern District of Pennsylvania, defendant

**LORE-ELISABETH BLUMENTHAL**

maliciously damaged and destroyed, attempted to damage and destroy, and aided and abetted the damaging and destruction of, by means of fire, a vehicle, that is, Philadelphia Police Department Radio Patrol Car 2514, used in interstate and foreign commerce and in activity affecting interstate and foreign commerce, and other personal property used in interstate and foreign commerce and in activity affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 30, 2020, in the Eastern District of Pennsylvania, defendant

**LORE-ELISABETH BLUMENTHAL**

maliciously damaged and destroyed, attempted to damage and destroy, and aided and abetted the damaging and destruction of, by means of fire, a vehicle, that is, Philadelphia Police Department Radio Patrol Car 1612, used in interstate and foreign commerce and in activity affecting interstate and foreign commerce, and other personal property used in interstate and foreign commerce and in activity affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 844(i) and 2.

## **NOTICE OF FORFEITURE**

**THE GRAND JURY FURTHER CHARGES THAT:**

      1.     As a result of the violations of Title 18, United States Code, Sections 844(f)(1), (f)(2) and 844(i), set forth in this indictment, defendant

**LORE-ELISABETH BLUMENTHAL**

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violations.

      2.     If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

         (a)     cannot be located upon the exercise of due diligence;

         (b)     has been transferred or sold to, or deposited with, a third party;

         (c)     has been placed beyond the jurisdiction of the Court;

         (d)     has been substantially diminished in value; or

         (e)     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

**A TRUE BILL:**

**GRAND JURY FOREPERSON**

*Katayoun M. Copelan* (for)
**WILLIAM M. McSWAIN**
**UNITED STATES ATTORNEY**

6

20-233

No._____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

**LORE-ELISABETH BLUMENTHAL**

INDICTMENT

Counts
**18 U.S.C. § 844(f)(1) and (2) (arson of property belonging to an agency receiving federal funding – 2 counts)
18 U.S.C. § 844(i) (arson affecting interstate commerce – 2 counts)
18 U.S.C. § 2 (aiding and abetting)
Notice of forfeiture**

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Clerk

Bail, $_____