IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

20-233

INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:  Philadelphia              County:  Philadelphia

City and State of Defendant:   Philadelphia, Pennsylvania

County:  Philadelphia              Register number:  70002-066

Place of accident, incident, or transaction:   Eastern District of Pennsylvania

Post Office: Philadelphia              County:   Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: No

Case Number:  N/A              Judge: N/A

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ☐ Antitrust
2. ☐ Income Tax and other Tax Prosecutions
3. ☐ Commercial Mail Fraud
4. ☐ Controlled Substances
5. ☐ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ☒ General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)
18 U.S.C. § 844(f)(1) and (2) (arson of property belonging to an agency receiving federal funding – 2 counts); 18 U.S.C. § 844(i) (arson affecting interstate commerce – 2 counts) 18 U.S.C. § 2 (aiding and abetting); Notice of forfeiture

DATE:  August 5, 2020              /s Amanda R. Reinitz
                                     AMANDA R. REINITZ
                                     Assistant United States Attorney

File No. 2020R00448
U.S. v. Lore-Elisabeth Blumenthal