All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

**A TRUE BILL:**

*[signature]*
**GRAND JURY FOREPERSON**

*[signature: Katayoun M. Copeland, for]*
**WILLIAM M. McSWAIN**
**UNITED STATES ATTORNEY**

6

20-233

*No.*_____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

**LORE-ELISABETH BLUMENTHAL**

INDICTMENT

Counts
18 U.S.C. § 844(f)(1) and (2) (arson of property belonging to an agency receiving federal funding – 2 counts)
18 U.S.C. § 844(i) (arson affecting interstate commerce – 2 counts)
18 U.S.C. § 2 (aiding and abetting)
**Notice of forfeiture**

A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____