IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 20-233 |
| v. | | (20-MJ-01002) |
| | : | |
| LORE ELISABETH BLUMENTHAL  Defendant. | | |
| | : | |

**ORDER**

AND NOW, this 20th day of August 2020, upon consideration of Defendant's Appeal of the Magistrate's Detention Order (ECF No, 7) the evidence adduced at each hearing, the supplemental evidence produced by the Defendant, and the government's Response in Opposition thereto (ECF No. 9), it is hereby ORDERED that the Detention Order entered by United States Magistrate Judge Marilyn Heffley on June 19, 2020 is AFFIRMED in accordance with this Court's accompanying Findings of Fact and Conclusions of Law.

BY THE COURT:

/s/  C. Darnell Jones, II    J.