IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 20-233 |
| LORE-ELISABETH BLUMENTHAL | : | |

### O R D E R

**AND NOW**, this 1st day of September 2020, upon consideration of Defendant's Motion to Continue Trial Date (ECF No. 40) and the Standing Order issued by Chief Judge Sanchez dated August 31, 2020, after conference with Counsel, and with the agreement of Counsel, it is **ORDERED** that the trial scheduled for September 28, 2020, is **CONTINUED** to a date to be determined.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ *R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**