1                IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

     UNITED STATES OF AMERICA      :
4                      PLAINTIFF   :            20-CR-233 - FILE
                                   :
5            VERSUS                :
                                   :   MAGISTRATE NO.20-1002
6    LORE-ELISABETH BLUMENTHAL     :
                       DEFENDANT   :
7    _____

8                          JAMES A. BYRNE U.S. COURTHOUSE
                           CONDUCTED VIA VIDEOCONFERENCE
9                          MONDAY, AUGUST 3, 2020
                           COMMENCING AT 10:00 A.M.
10

11   _____
          BEFORE THE HONORABLE C. DARNELL JONES, II, J.
12   _____

                           BAIL HEARING
13

14   APPEARANCES:

15   AMANDA REINITZ, ESQUIRE
     THOMAS PERRICONE, ESQUIRE
16   ASSISTANT UNITED STATES ATTORNEYS
     615 CHESTNUT STREET, SUITE 1250
17   PHILADELPHIA, PA 19106

18   COUNSEL FOR THE GOVERNMENT

19

20                SUZANNE R. WHITE, RPR, FCRR, CM
                    OFFICIAL COURT REPORTER
21                ROOM 2609 U. S. COURTHOUSE
                      601 MARKET STREET
22                 PHILADELPHIA, PA 19106
                       (215)627-1882
23

24   PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
     TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
25

1       CONTINUED APPEARANCES:

2

        PAUL HETZNECKER, ESQUIRE
3       1420 WALNUT STREET
        SUITE 911
4       PHILADELPHIA, PA 19102

5

        FOR DEFENDANT, LORE-ELISABETH BLUMENTHAL
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    THE COURT:  GOOD MORNING YOUR HONOR.

2                    THE COURT:  MS. EL SHABAZZ, ARE YOU ON

3    THE LINE?

4                    DEPUTY CLERK:  YES, JUDGE, I'M HERE.

5                    THE COURT:  GOOD MORNING, MS. CINTRON.

6    ARE YOU ON THE LINE?

7                    MS. CINTRON:  GOOD MORNING, JUDGE.

8                    THE COURT:  GOOD MORNING.

9                    COUNSEL, HAVE WE CONNECTED WITH THE

10   DEFENDANT?

11                   MR. HETZNECKER:  I DON'T BELIEVE SO YET.

12                   THE COURT:  THAT IS GOING TO HAPPEN, IS

13   IT NOT?

14                   MR. HETZNECKER:  I BELIEVE SO.  I DON'T

15   KNOW.  THAT IS NOT IN MY CONTROL, YOUR HONOR.

16                   THE COURT:  MS. EL-SHABAZZ, CAN YOU SHED

17   SOME LIGHT ON THAT?

18                   DEPUTY CLERK:  AS FAR AS I KNOW, WHEN

19   THIS IS SET UP IT IS SET UP INDEPENDENTLY WITH THE

20   TECHNICIANS WITH THE PRISON.  SO I DON'T HAVE ANY REASON

21   TO THINK THAT THEY WERE NOT NOTIFIED ABOUT THIS.

22                   TECHNICIAN:  BILL JONES, COURTROOM TECH,

23   I JUST CALLED THE PRISON.  MISS GALLAGHER SAID SHE

24   RECEIVED A SCHEDULE THAT SAID IT WAS AT 10:30.  SO SHE

25   IS TRYING TO GET THE DEFENDANT NOW, TO GIVE HER A FEW

```
1    MINUTES.

2              THE COURT:  ALL RIGHT.

3              I'M GOING TO RECESS IF THAT IS POSSIBLE

4    FOR ABOUT SAY, FIVE, TEN MINUTES.

5              MR. HETZNECKER:  VERY WELL, YOUR HONOR.

6              MS. REINITZ:  THANK YOU, YOUR HONOR.

7              (BREAK TAKEN.)

8              THE COURT:  GOOD MORNING, AGAIN.

9              ALL COUNSEL:  GOOD MORNING.

10             THE COURT:  ARE WE PREPARED TO GO FORWARD

11   AT THIS TIME?

12             MR. HETZNECKER:  YES, YOUR HONOR.

13             MS. REINITZ:  YES, YOUR HONOR.

14             THE COURT:  THIS IS THE MATTER OF THE

15   UNITED STATES OF AMERICA VERSUS LORE ELISABETH

16   BLUMENTHAL.  IT IS MAGISTRATE NUMBER 20-1002.

17             COUNSEL, WILL YOU IDENTIFY YOURSELVES FOR

18   THE RECORD, PLEASE.

19             MS. REINITZ:  GOOD MORNING, YOUR HONOR,

20   AMANDA REINITZ WITH THE U.S. ATTORNEY'S OFFICE.

21             PRESENT WITH ME ARE SPECIAL AGENT JOE

22   CARPENTER OF THE FBI AND TASK FORCE OFFICER SINCLAIR,

23   ALSO OF THE FBI.

24             MR. PERRICONE:  GOOD MORNING, YOUR HONOR,

25   THOMAS PERRICONE FROM THE U.S. ATTORNEY'S OFFICE.
```

1            MS. REINITZ IS HANDLING THE HEARING BUT

2    I'M ON CALL IN CASE THE COURT HAS ANY QUESTIONS FROM ME

3    BASED ON THE LAST HEARING.

4            THE COURT:  THANK YOU, VERY MUCH, GOOD

5    MORNING.

6            MR. HETZNECKER:  GOOD MORNING, YOUR

7    HONOR.

8            PAUL HETZNECKER ON BEHALF OF

9    MS. BLUMENTHAL.  AND WITH ME, YOUR HONOR, ALONG WITH US

10   TODAY ARE HER MOTHER AND HER BROTHER.  THEY ARE ALSO

11   PRESENT ONLINE.

12           THE COURT:  GOOD MORNING.

13           MS. LONGO:  GOOD MORNING.

14           MR. BLUMENTHAL:  GOOD MORNING.

15           THE COURT:  AND GOOD MORNING

16   MS. BLUMENTHAL.

17           THE DEFENDANT:  GOOD MORNING, YOUR HONOR.

18   I'M GOING TO ASK THAT MY COURT DEPUTY PLACE

19   MS. BLUMENTHAL UNDER OATH AS WELL AS ANYONE ELSE WHO

20   WILL BE TESTIFYING AT THE HEARING THIS MORNING, PLEASE.

21           MS. LORE-ELISABETH BLUMENTHAL AFFIRMS.

22           DEPUTY CLERK:  MR. HETZNECKER, DO YOU

23   HAVE ANY WITNESSES THAT WILL BE TESTIFYING IN THIS

24   MATTER?

25           MR. HETZNECKER:  NOT AT THIS TIME UNLESS

1    HIS HONOR HAS ANY QUESTIONS OF EITHER MS. LONGO OR

2    MR. BLUMENTHAL.

3                    THE COURT:  ALL RIGHT.  THANK YOU VERY

4    MUCH.

5                    FOR THE RECORD ON JULY 1ST OF 2020 THIS

6    COURT HELD A DE NOVO HEARING.  THE DEFENDANT WAS PRESENT

7    BY TELEPHONE, HER MOTHER WAS PRESENT BY VIDEO.

8                    AT THE CONCLUSION OF THE HEARING I ASKED

9    COUNSEL OR BETTER STILL I DIRECTED COUNSEL TO PROVIDE

10   THIS COURT WITH FURTHER INFORMATION REGARDING THE

11   DEFENDANT'S HEALTH CONDITION AS WELL AS DIRECTED COUNSEL

12   TO JOINTLY SUBMIT TO THE COURT A PROPOSED LIST OF

13   CONDITIONS IN THE EVENT THAT THE COURT WERE TO RELEASE

14   THE DEFENDANT.

15                    THE COURT DID RECEIVE AN

16   ELECTROPHYSIOLOGY REPORT DATED AUGUST 21ST OF 2018 IN

17   WHICH DOCTORS PERFORMED A STUDY ON THE DEFENDANT AND

18   CONCLUDED "SHE COULD POSSIBLY REQUIRE AN ABLATION

19   PROCEDURE."  THE DEFENDANT WAS ALSO DISCHARGED THAT

20   PARTICULAR DAY.  I HAVE NOT RECEIVED ANYTHING FURTHER

21   REGARDING MEDICAL REPORTS OTHER THAN THE LETTER

22   SUBMITTED BY DR. BORGIA AS A BASIS FOR HER PROPOSED

23   RELEASE.

24                    MR. HETZNECKER:  EXCUSE ME, YOUR HONOR,

25   IF I MAY.  WE ARE WAITING ON RECORDS THAT CONFIRM THAT

1    SHE HAD THE ABLATION.  I STILL HAVE NOT RECEIVED THOSE

2    YET.

3                    THE COURT:  ALL RIGHT.  THANK YOU.  THE

4    RECORD SHALL SO REFLECT.

5                    MR. HETZNECKER:  THANK YOU.

6                    THE COURT:  AT THIS TIME, I HAVE SOME

7    FURTHER QUESTIONS OF MS. BLUMENTHAL HERSELF.

8                    SHE HAS BEEN PLACED UNDER OATH AND THIS

9    IS ALL SUBJECT TO THE ABSOLUTE RIGHT MR. HETZNECKER HAS

10   TO OBJECT TO ANY QUESTIONS OF THE COURT AND CERTAINLY TO

11   SPEAK WITH MS. BLUMENTHAL BEFORE SHE ANSWERS ANY

12   PARTICULAR QUESTION THAT I MAY HAVE.

13                    ACCEPTABLE, COUNSEL?

14                    MR. HETZNECKER:  YES, YOUR HONOR, THANK

15   YOU.

16                    THE COURT:  ALL RIGHT.

17   BY THE COURT:

18   Q.     MS. BLUMENTHAL, HAVE YOU HAD ANY MEDICAL ISSUES

19   SINCE YOU HAVE BEEN DETAINED AT THE FEDERAL DETENTION

20   CENTER?

21   A.     YES.

22   Q.     MIGHT I INQUIRE WHAT THOSE MEDICAL ISSUES WERE

23   IF MR. HETZNECKER PERMITS YOU TO ANSWER THEM, AND THEY

24   DON'T VIOLATE HIPPA.

25                    MR. HETZNECKER:  YOUR HONOR, IF I MAY.

1          ARE THOSE ISSUES, MS. BLUMENTHAL, DO YOU

2     FEEL COMFORTABLE SHARING THOSE WITH THE COURT AND

3     GOVERNMENT IN THIS HEARING?  IF NOT, THEN WE CAN TRY TO

4     SPEAK PRIVATELY BUT IF YOU ARE ABLE TO ANSWER THAT

5     QUESTION, THEN YOU CAN GO AHEAD AND ANSWER THAT

6     QUESTION.

7          THE DEFENDANT:  SINCE I HAVE BEEN HERE I

8     HAVE BEEN FEELING MY HEART RACING AND THE SHARP PAIN IN

9     MY CHEST AND SOMETIMES IT'S HARD TO SPEAK WHEN MY HEART

10    IS LIKE THIS.

11    BY THE COURT:

12    Q.     LET ME ASK YOU THIS.  HAVE YOU SOUGHT ANY

13    MEDICAL ATTENTION?

14    A.     YES.

15    Q.     WERE YOU ATTENDED TO PROMPTLY?

16    A.     NO.

17    Q.     WHEN I SAY, "PROMPTLY," FROM THE TIME THAT YOU

18    LODGED THE COMPLAINT OR REQUEST, HOW QUICKLY WERE YOU

19    SEEN BY A MEDICAL PERSON?

20    A.     MY APOLOGIES FOR INTERRUPTING.

21    Q.     THANK YOU.

22    A.     I CAME HERE ON JUNE 15TH, AND I WAS SEEN BY A

23    NURSE ON JULY 2ND, I BELIEVE.  17 DAYS AFTER BEING IN,

24    OR 18 DAYS, I THINK, AFTER BEING IN THE SHU.

25    Q.     DID YOU SEE THE NURSE AS A RESULT OF A REQUEST

1     THAT YOU MADE ABOUT ANY SPECIFIC CONDITION?

2     A.     I DID MAKE MULTIPLE REQUESTS WITH THE C.O.'S WHO

3     WALKED BY THE ROOM OR THE CELL BUT WAS TOLD THAT I WOULD

4     NOT BE ABLE TO SEE ANYONE BECAUSE OF BEING IN

5     QUARANTINE.

6     Q.     NOT EVEN A MEDICAL PERSON?

7     A.     A PSYCHOLOGIST DID COME BY, AND WE HAD OUR

8     TEMPERATURES TAKEN THROUGH THE DOOR BY NURSES, I

9     SUPPOSE.

10    Q.     AND MY SPECIFIC REQUEST AT THIS POINT IS WHETHER

11    OR NOT YOU ASKED TO HAVE ANYONE SEE YOU AS A RESULT OF

12    ANY HEART ISSUE THAT YOU WERE HAVING?

13    A.     YES.

14    Q.     AND WHEN DID YOU MAKE THAT REQUEST?

15    A.     I MADE THE REQUESTS ALMOST EVERYDAY, SOMETIMES

16    ON PIECES OF PAPER, THAT IS WHAT I WAS TOLD, TO PUT THE

17    PAPER THROUGH THE DOOR.

18    Q.     AND WERE YOU ULTIMATELY SEEN BY ANYONE?

19    A.     I'M SORRY.  I COULD NOT HEAR YOU.

20    Q.     WERE YOU ULTIMATELY SEEN BY ANY MEDICAL

21    PROFESSIONAL?

22    A.     YES.

23    Q.     WHEN WAS THAT?

24    A.     JULY 2ND, I THINK IT WAS OR JULY 3RD BY THE

25    NURSE AND THE FOLLOWING MONDAY BECAUSE I BELIEVE THAT

1    WAS A FRIDAY, I WAS SEEN BY THE X-RAY TECH TO GET X-RAYS

2    OF MY SPINE AND MY NECK -- SORRY, MY SPINE, AND THE

3    DENTIST, AND THEN I SAW THE DOCTOR, DR. DALMOSI ON

4    JULY 24TH AT WHICH POINT I ALSO FOUND OUT THAT MY

5    MEDICAL RECORDS HAD NOT YET BEEN RETURNED TO FDC.  I

6    SIGNED A FORM FOR THEM TO BE RELEASED TO FDC.

7    Q.      WHY DID YOU HAVE X-RAYS OF YOUR SPINE?

8    A.      I HAVE PAIN IN MY NECK AND MY LOW BACK.

9    Q.      IS THAT FROM ANY PARTICULAR MEDICAL CONDITION OR

10   SOMETHING THAT HAPPENED?

11   A.      IT IS FROM A CAR ACCIDENT.

12   Q.      AND HOW LONG AGO WAS THAT?

13   A.      I CANNOT REMEMBER EXACTLY.

14              THE COURT:  I BELIEVE THAT WAS REFERENCED

15   IN THE MATERIALS, WAS IT NOT, MR. HETZNECKER?

16              MR. HETZNECKER:  I BELIEVE SO, YOUR

17   HONOR.

18   BY THE COURT:

19   Q.      HAVE YOU BEEN TREATED FOR ANY OF THOSE AILMENTS?

20   A.      I RECEIVED THE X-RAYS OR I RECEIVED THE RESULTS

21   OF THE X-RAY AFTER I ASKED FOR THE RESULTS.

22   Q.      WELL, DID ANYONE MAKE A DIAGNOSIS TO THE BEST OF

23   YOUR KNOWLEDGE?

24   A.      YES, THE RADIOLOGIST -- I'M FORGETTING THE TERM

25   NOW FOR WHAT IS HAPPENING IN MY CERVICAL SPINE.

1    Q.        ALL RIGHT.

2              IS THERE ANY OTHER MEDICAL ISSUE THAT YOU

3    WISH TO BRING TO MY ATTENTION?

4    A.        I ALSO HAVE ENDOMETRIOSIS THAT I HAVE BEEN

5    TREATING FOR THE PAST THREE YEARS WITH -- I'M SORRY --

6    I'M SORRY.

7    Q.        TAKE YOUR TIME.

8    A.        I HAVE ENDOMETRIOSIS THAT I HAVE BEEN TREATED

9    FOR THE PAST THREE YEARS WITH DAILY BIRTH CONTROL TO

10   REGULATE MY HORMONES.  IT'S A HORMONAL ISSUE AND --

11   Q.        DO YOU HAVE THAT MEDICATION WITH YOU?

12   A.        I DIDN'T HAVE ANY MEDICATION WITH ME BUT I WAS

13   TOLD THAT I COULD NOT RECEIVE THAT, THAT I WOULD NEED TO

14   -- EXCUSE ME, THAT IF I WERE TO CHOSE TO REQUEST BIRTH

15   CONTROL IT WOULD BE DEPO OF THE HORMONAL SHOT IN YOUR

16   ARM WHICH I HAVE NOT -- WELL, I HAVE RECEIVED IT BEFORE

17   TO NOT -- VERY PAINFUL EFFECTS, AND I DON'T KNOW THE

18   DOSAGE EXACTLY SO I DID REFUSE IT.  THE LAST -- WHEN IT

19   WAS OFFERED BECAUSE I'M NOT SURE HOW IT'S GOING TO

20   AFFECT ME.

21   Q.        ANY OTHER CONDITION?

22   A.        I HAVE PTSD AND ANXIETY THAT I HAVE BEEN

23   TREATING PER MY DOCTOR WITH CLONAZEPAM SINCE OCTOBER.

24   Q.        DO YOU HAVE THAT MEDICATION WITH YOU NOW?

25   A.        I HAVE NO MEDICATIONS WITH ME AND I WAS ALSO --

1     THAT'S ALL.

2     Q.      WERE YOU TAKING ANY PRESCRIBED MEDICATIONS ON A

3     REGULAR BASIS THAT YOU ARE NOT TAKING NOW?

4     A.      YES.

5     Q.      WHAT ARE THOSE?

6     A.      THE HORMONAL BIRTH CONTROL AND THE CLONAZEPAM

7     AND I ALSO HAVE SHINGLES SO I WOULD TAKE VALACYCLOVIR

8     WHICH WAS NOT PRESCRIBED EXACTLY BUT A FORM OF ACYCLOVIR

9     WAS PRESCRIBED TO ME.  I HAVE TO GET THE EXACT DATE, MID

10    JULY.  IT'S 800 MILLIGRAMS OF ACYCLOVIR THAT I TAKE NOW

11    TWICE A DAY TO COME UP TO ONE MILLIGRAM BECAUSE IT

12    CAUSES SORES ALL OVER MY BODY.

13    Q.      ARE YOU TAKING THAT MEDICATION NOW?

14    A.      YES.  THAT IS THE MEDICATION.  THAT IS THE ONLY

15    MEDICATION THAT I'M TAKING RIGHT NOW.

16    Q.      ALL RIGHT.

17                THE COURT:  EITHER COUNSEL, DO YOU HAVE

18    ANY QUESTIONS IN THAT REGARD?

19                MR. HETZNECKER:  NO, YOUR HONOR.

20                THE COURT:  MS. REINITZ OR MR. PERRICONE?

21                MS. REINITZ, MR. PERRICONE, CAN YOU HEAR

22    ME?

23                MR. PERRICONE:  I CAN, YOUR HONOR.  I CAN

24    HEAR YOU.  I HAVE NO QUESTIONS.  I'M NOT SURE IF

25    MS. REINITZ CAN HEAR YOU OR NOT.

```
1                      I SEE HER THERE BUT...

2                      THE COURT:  I SEE HER MICROPHONE IS

3    MUTED.

4                      I WILL COME BACK -- MS. REINITZ, CAN YOU

5    HEAR ME?

6                      I BELIEVE YOUR MICROPHONE IS MUTED IF YOU

7    CAN'T HEAR ME.  NOW, I LOST HER VIDEO AS WELL.

8                      LET ME GO TO MY NEXT QUESTION.  AND THIS

9    IS FOR MS. BLUMENTHAL'S MOTHER.

10                     MADAM, WOULD YOU AGAIN IDENTIFY YOURSELF

11   FOR THE RECORD, PLEASE?

12                     MS. LONGO:  MY NAME IS CAROLINE LONGO.

13                     THE COURT:  MS. LONGO, YOU HAVE BEEN

14   PLACED UNDER OATH, CORRECT?

15                     MR. HETZNECKER:  NOT YET, YOUR HONOR.

16                     THE COURT:  MS. EL-SHABAZZ, WILL YOU

17   ADMINISTER THE OATH TO MS. LONGO, PLEASE.

18                     CAROLINE LONGO, DEFENDANT'S MOTHER

19   AFFIRMS.

20   BY THE COURT:

21   Q.     GOOD MORNING, MS. LONGO?

22   A.     GOOD MORNING, JUDGE.

23   Q.     MS. LONGO, DO YOU HAVE A LAND TELEPHONE LINE IN

24   YOUR HOUSEHOLD?

25   A.     YES, SIR.  I WAS INSTRUCTED TO -- THAT WAS ONE
```

1       OF THE FIRST THINGS THAT I WOULD NEED TO GET.  SO I DO

2       HAVE A LANDLINE AND TO HAVE AN ACTUAL PHONE CONNECTED TO

3       IT NOW.

4                       THE COURT:  MR. HETZNECKER, I NOTE THAT

5       REFERRING TO JOINT SUBMISSION CONDITION NUMBER 5 AND TO

6       MR. PERRICONE AND MS. REINITZ AS WELL, THAT CONDITION

7       WAS THAT THE DEFENDANT, IF RELEASED, WOULD HAVE TO CALL

8       IN DAILY TO REPORT.

9                       MY QUESTION WAS, REGARDING THE LANDLINE

10      BEING IN THE HOUSEHOLD SO THE CALL WOULD COME DIRECTLY

11      FROM THAT LANDLINE IN THE HOUSEHOLD AND COULD NOT BE

12      MADE VIA CELL PHONE BUT IT HAD TO COME FROM -- WOULD

13      HAVE TO COME FROM THAT LANDLINE, AND FRANKLY, MORE THAN

14      ONCE A DAY?

15                      MR. HETZNECKER:  UNDERSTOOD, YOUR HONOR,

16      YES.

17                      THE COURT:  REGARDING JOINT SUBMISSION

18      CONDITION NUMBER 11, AND I RECOGNIZE AND CERTAINLY STATE

19      FOR THE RECORD THAT THE GOVERNMENT OPPOSES RELEASE

20      TOTALLY AND CERTAINLY I WILL ADDRESS THAT AND LET

21      COUNSEL ADDRESS THAT FOR THE GOVERNMENT AS WELL BUT

22      REGARDING THE SPECIFIC DIRECTIVE THAT I ISSUED RELATIVE

23      TO JOINT SUBMISSION CONDITION NUMBER 11, MADE REFERENCE

24      TO CONTACTING WITNESSES.

25                      ANY CONDITION THAT I WOULD IMPOSE WOULD

1    INCLUDE NOT ONLY THE CONTACT OF WITNESSES BEING

2    PROHIBITED BUT THAT WOULD ALSO INCLUDE CHARACTER

3    WITNESSES, ANY CURRENT OR POTENTIAL CO-DEFENDANTS AS

4    WELL, THAT WOULD BE PRECLUDED FROM BEING CONTACTED BY

5    THE DEFENDANT EXCEPT THROUGH HER ATTORNEY,

6    MR. HETZNECKER, OR HIS AUTHORIZED REPRESENTATIVE.  SO

7    THAT IS A CONDITION THAT I WOULD USE TO MODIFY CONDITION

8    NUMBER 11.

9                 NOW, I WILL ENTERTAIN ANY ADDITIONAL

10   ARGUMENT YOU WISH TO MAKE AS TO CONDITIONS 12 AND 13.

11   LET ME BEGIN WITH MR. HETZNECKER AS TO CONDITION NUMBER

12   12.

13                 MR. HETZNECKER:  YOUR HONOR, MY CONCERN

14   AS I EXPRESSED IN MY OBJECTION IS THAT THE FURTHER

15   RESTRICTION ON COMMUNICATION WOULD NOT ONLY IMPACT

16   MY ABILITY TO COMMUNICATE WITH MY CLIENT BUT I ALSO

17   DON'T THINK, GIVEN THE NATURE OF THE CRIME CHARGED, THAT

18   THAT WOULD BE AN APPROPRIATE RESTRICTION.  IT WOULD

19   SIMPLY BE FURTHER SURVEILLANCE BY THE GOVERNMENT,

20   UNNECESSARY SURVEILLANCE, UNWARRANTED SURVEILLANCE BY

21   THE GOVERNMENT REGARDING MY CLIENT'S COMMUNICATIONS.

22                 SO I HAVE GREAT CONCERNS ABOUT THAT.  I

23   UNDERSTAND THAT IN CASES WHERE THE OPERATIVE DEVICE FOR

24   COMMITTING THE CRIME, SUCH AS COMPUTER CRIMES, THAT

25   PRETRIAL SERVICE HAS, IN FACT, IMPOSED THOSE KINDS OF

1    RESTRICTIONS, I DON'T THINK THAT THEY ARE WARRANTED HERE

2    AND I HAVE MADE THOSE OBJECTIONS IN THE FILING, PROPOSED

3    FILING AND I REITERATE THOSE OBJECTIONS HERE.

4              I THINK THAT THE GOVERNMENT'S NEED TO

5    SURVEIL MY CLIENT'S COMMUNICATIONS IS UNNECESSARY IN

6    THIS CASE; ALTHOUGH, I HAVE NO PROBLEM WITH THE

7    RESTRICTIONS THAT YOUR HONOR JUST MENTIONED.

8              MY CONCERN IS SURVEILLANCE.  MY CONCERN

9    IS UNWARRANTED SURVEILLANCE OF PROTESTERS AND IN THIS

10   CASE MY CLIENT WHO IS CHARGED WITH A CRIMINAL OFFENSE,

11   LIKE ANYONE ELSE THAT IS CHARGED CRIMINALLY IN THE

12   FEDERAL SYSTEM THAT WOULD BE RELEASED UNDER CONDITIONS

13   EXCEPT FOR THOSE INVOLVED IN COMPUTER COMMUNICATIONS

14   DEVICES WHERE THE CRIME ITSELF -- THE GOVERNMENT'S NEED

15   OR NECESSITY IS PREDICATED ON THE USE OF THOSE DEVICES.

16   I DON'T SEE ANY REASON WHY THERE SHOULD BE ANY FURTHER

17   RESTRICTIONS ON THAT KIND OF COMMUNICATIONS HERE.  THAT

18   IS THE REASON FOR MY OBJECTION BUT OBVIOUSLY, I DEFER TO

19   THE COURT.

20              THE COURT:  ALL RIGHT.  THANK YOU.

21              MAY I HEAR FROM THE GOVERNMENT, PLEASE?

22              MS. REINITZ:  YES, YOUR HONOR.

23              FIRST OF ALL, AS YOUR HONOR IS WELL AWARE

24   AND AS MR. HETZNECKER IS WELL AWARE.  ANY SUCH

25   SURVEILLANCE WOULD BE DONE, NOT BY THE GOVERNMENT, BUT

1    BY AN ARM OF THE COURT.  THE GOVERNMENT IS NOT

2    ATTEMPTING TO SURVEIL THE DEFENDANT FOR ANY REASON OTHER

3    THAN WHAT THE COURT BROUGHT UP LAST TIME.  THE COURT

4    EXPRESSED CONCERNS ABOUT ACCESS TO ELECTRONIC DEVICES

5    AND THE INTERNET BY THE DEFENDANT AND THIS WAS A

6    CONDITION THAT WAS BROUGHT UP BECAUSE OF THOSE

7    CONDITIONS.  YOUR HONOR ASKED FOR THE MOST RESTRICTIVE

8    CONDITIONS THAT WERE AVAILABLE.  THIS IS ONE OF THEM.

9              MOREOVER, AS WAS DISCUSSED AT THE LAST

10   HEARING, THE GOVERNMENT DOES NOT KNOW WHAT WAS ON THE

11   PHONE THAT MS. BLUMENTHAL DESTROYED.  AT THE LAST

12   HEARING MR. HETZNECKER BROUGHT UP --

13              MR. HETZNECKER:  I OBJECT TO THAT

14   CHARACTERIZATION THAT SHE DESTROYED THE PHONE.  I'M NOT

15   GOING TO STAND AND LISTEN TO THAT ACCUSATION AT THIS

16   POINT.

17              THE COURT:  AT THIS JUNCTURE, COUNSEL, WE

18   WILL GO BY WHAT IS IN THE RECORD AS FAR AS THE DISCOVERY

19   THAT WAS PRESENTED AND NO MORE THAN THAT.

20              MR. HETZNECKER:  THANK YOU.

21              THE COURT:  YOU MAY CONTINUE.

22              MR. HETZNECKER:  THANK YOU, YOUR HONOR.

23              YOUR HONOR, SUBSEQUENT TO THE LAST

24   HEARING WHERE IT WAS DISCUSSED THAT THIS WAS AN OLDER

25   PHONE, THE IMEI, THE DEVICE NUMBER WAS CHECKED AGAINST

1    VERIZON RECORDS FOR MS. BLUMENTHAL'S SUBSCRIPTION AND IT

2    WAS FOUND THAT THAT WAS NOT AN OLD PHONE, YOUR HONOR.

3    THAT WAS THE PHONE SHE WAS USING AS RECENTLY AS JUNE OF

4    THIS YEAR.  SO FOR THOSE REASONS, YOUR HONOR, I CAN'T

5    SPEAK TO WHAT WAS ON THE PHONE, BECAUSE WE HAVE NOT BEEN

6    ABLE TO ACCESS IT.  ALL I KNOW IS THAT IN THE BRIEF TIME

7    FRAME BETWEEN WHEN AGENTS KNOCKED ON HER DOOR AND WHEN

8    SHE APPEARED, THAT PHONE WAS DESTROYED.

9                   SO THE GOVERNMENT HAS REAL CONCERNS ABOUT

10   WHAT IT WAS THAT SHE WAS DOING ON THAT PHONE OR ON THE

11   INTERNET THAT SHE TOOK THE TIME TO DESTROY THAT; NOT TO

12   HIDE THE EVIDENCE OF WHAT SHE WAS WEARING THE DAY OF THE

13   ARSONS.

14                   YOUR HONOR, THE GOVERNMENT AGREES THAT

15   THIS IS NOT A TYPICAL CRIME WHERE A COMPUTER WAS

16   UTILIZED WHEN SHE COMMITTED THIS ARSON, BUT WE DID PUT

17   THESE CONDITIONS IN IN RESPONSE TO YOUR HONOR'S CONCERNS

18   AND TO THE RESPONSE AND RESPONSE TO THE DESTRUCTION OF

19   THE PHONE, YOUR HONOR.

20                   THE COURT:  ALL RIGHT.  MR. HETZNECKER.

21                   MR. HETZNECKER:  FIRST OF ALL, AS I SAID

22   AT THE LAST HEARING, I WILL HAVE AN OPPORTUNITY TO CROSS

23   EXAMINE THESE OFFICERS REGARDING THE WAY IN WHICH THE

24   SEARCH WAS CONDUCTED AT A FUTURE DATE.  I DON'T THINK WE

25   ARE HERE TO ASSUME ANY FACTS THAT ARE NOT IN EVIDENCE

1    AND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE THAT BACKS

2    THAT UP SO I'M NOT GOING TO GET INTO AN ARGUMENT WITH

3    MS. REINITZ OVER WHETHER OR NOT MY CLIENT, IN THE

4    ALLEGATION, THAT MY CLIENT DESTROYED THE PHONE.

5                   WHAT I WILL SAY AGAIN, I DON'T THINK

6    -- SO THE FACT THAT THE PRETRIAL SERVICES MAY BE DOING

7    THE MONITORING DOES NOT STOP THE GOVERNMENT FROM TRYING

8    TO ACCESS THAT INFORMATION AS THEY DO WITH PRISON

9    RECORDS, PHONE RECORDS AND PHONE CONTACT -- COMPUTER

10   CONTACT.  THEY SUBPOENA AND THEY GRABS THE RECORDS ALL

11   THE TIME.  SO THE FACT THAT THE FBI IS NOT DOING IT

12   DIRECTLY OR AT THE DIRECTION OF MS. REINITZ INITIALLY

13   DOES NOT MEAN THEY ARE NOT GOING TO TRY TO ACCESS IT

14   LATER ON.  THIS IS MY GREAT CONCERN.  IF THE GOVERNMENT

15   HAS SAID THAT THE DEVICE THAT WAS UTILIZED IN THE CRIME

16   CHARGED, THEN MY ARGUMENTS ARE WEAKENED.  MY ARGUMENTS

17   ARE WEAKENED BY THE FACT THAT THERE IS LEGITIMATE

18   CONCERN OVER THE MANNER IN WHICH THE CRIME WAS COMMITTED

19   AND AN INDIVIDUAL'S ACCESS TO THAT PARTICULAR DEVICE.

20   SO WE DON'T HAVE THAT.

21                   AGAIN, I WILL DEFER TO THE COURT ON WHAT

22   YOUR HONOR THINKS IS AN APPROPRIATE RESTRICTION BUT I

23   HAVE GRAVE CONCERNS ABOUT THE GOVERNMENT OVER-WRAPPING

24   THEIR INTERESTS THROUGH PRETRIAL SERVICES WHICH THEY CAN

25   ACCESS THE RECORDS, THEIR INTEREST IN WHO MY CLIENT IS

1    COMMUNICATING WITH, SEPARATE AND APART FROM THE CRIME

2    FOR WHICH SHE HAS BEEN CHARGED WHICH IS NOW A PAST

3    CRIME.  IT'S NOT A FUTURE CRIME.  IT'S NOT AN ONGOING

4    CRIME SO THAT IS MY CONCERN.

5              THE COURT:  ALL RIGHT.

6              NOW, 13 STATES BY CONSENT OF OTHER

7    RESIDENCE.  ALL COMPUTERS LOCATED AT THE ADDRESS OF

8    RECORD SHALL BE SUBJECT TO INSPECTION TO ENSURE THE

9    EQUIPMENT IS PASSWORD PROTECTED.

10             LET ME HEAR FROM YOU ON THAT.

11             MR. HETZNECKER:  WELL, AGAIN, IT IS THE

12   SAME CONCERN.  I HAVE LESS CONCERN ABOUT THAT BECAUSE I

13   THINK THAT IS A CONSENT ISSUE FOR MS. LONGO BECAUSE IF

14   YOUR HONOR DECIDES TO RELEASE MY CLIENT TO HER

15   RESIDENCE, THEN MS. LONGO CAN CERTAINLY SAY, I CAN

16   CONCEDE THAT IT IS PASSWORD PROTECTED AND PROVIDE THAT

17   INFORMATION TO PRETRIAL SERVICES.  SO I AM LESS

18   CONCERNED ABOUT THAT BECAUSE I THINK THAT THAT IS A

19   CONSENT ISSUE THAT MS. LONGO CAN CERTAINLY AGREE TO DO.

20             THE COURT:  GOVERNMENT.

21             MS. REINITZ.  IT WOULD BE THE SAME

22   ARGUMENTS FROM US AND IT'S OUR UNDERSTANDING FROM

23   PRETRIAL THAT THAT IS A STANDARD CONDITION ANY TIME

24   THERE ARE RESTRICTIONS PLACED ON COMPUTER OR INTERNET

25   ACCESSIBLE DEVICES.

1                     THE COURT:  ALL RIGHT.  THANK YOU.

2                     MS. BLUMENTHAL, IS THERE ANYTHING THAT

3      YOU WISH ME TO CONSIDER SUBJECT TO YOUR COUNSEL'S

4      OBJECTIONS.

5                     MR. HETZNECKER:  YOUR HONOR, MAY I ASK MY

6      CLIENT A QUESTION?

7                     THE COURT:  SURE.  AS A MATTER FACT, YOU

8      CAN CONDUCT IT THAT WAY IF YOU WISH.

9                     MR. HETZNECKER:  THANK YOU. I APPRECIATE

10     THAT.

11     BY MR. HETZNECKER:

12     Q.     MS. BLUMENTHAL, YOU UNDERSTAND THAT IN THE EVENT

13     HIS HONOR DECIDES TO RELEASE YOU UNDER CONDITIONS, WILL

14     YOU ABIDE BY EVERY SINGLE CONDITION, INCLUDING THE ONES

15     THAT I HAVE JUST ARGUED AGAINST IF HIS HONOR IMPOSES

16     THOSE.

17                     WILL YOU ABIDE BY EVERY ONE OF THE

18     CONDITIONS THAT THIS COURT ORDERS WITH RESPECT TO THAT

19     RELEASE?

20     A.     YES, I WOULD ABIDE.

21                     MR. HETZNECKER:  I HAVE NO FURTHER

22     QUESTIONS, YOUR HONOR.

23                     THE COURT:  THANK YOU.

24                     ALL RIGHT.  GOVERNMENT, IS THERE ANYTHING

25     FURTHER?

1                    MS. REINITZ:  YOUR HONOR, IF I MAY.

2                    MY VIDEO CUT OUT, I THINK, AT THE END OF

3      MS. BLUMENTHAL'S SPEAKING ABOUT HER MEDICAL CONDITIONS.

4      IF I CAN JUST BRIEFLY ADDRESS --

5                    THE COURT:  YOU JUST CUT OUT.

6                    MS. REINITZ:  START AGAIN.  ARE YOU ABLE

7      TO HEAR ME?

8                    THE COURT:  I DON'T KNOW WHAT'S GOING ON.

9                    MS. REINITZ:  CAN YOU HEAR ME?

10                    THE COURT:  JUST THAT SECOND.  JUST THAT

11     QUESTION BUT EVERYTHING BEFORE THAT I DID NOT HEAR.  I

12     DON'T THINK ANYONE ELSE DID EITHER.

13                    MS. REINITZ:  CAN YOU HEAR ME NOW, YOUR

14     HONOR?

15                    THE COURT:  YES.  AND YOU FROZE AGAIN.

16                    MS. REINITZ:  YOUR HONOR --

17                    THE COURT:  MR. PERRICONE, HELP!

18                    MR. REINITZ:  IF I CAN HAVE ONE MINUTE TO

19     DO THAT.

20                    THE COURT:  TAKE YOUR TIME.

21                    EXCUSE ME, JUST ONE SECOND.

22                    MR. PERRICONE:  BILL, IF YOU ARE STILL ON

23     THE LINE.  I BELIVE THAT AMANDA IS GOING TO CALL IN TO

24     TRY TO RESOLVE THE PROBLEM WITH THE FEED.

25                    TECHNICIAN:  OKAY.

1                    MS. REINITZ:  HELLO, ARE YOU ABLE TO HEAR

2        ME NOW?

3                    THE COURT:  YES, I CAN HEAR YOU.  I THINK

4        WE ALL CAN.

5                    MS. REINITZ:  GREAT.  THANK YOU, YOUR

6        HONOR.  I APOLOGIZE FOR THE TECHNICAL DIFFICULTIES, YOUR

7        HONOR.

8                    THE COURT:  NO APOLOGIES NEEDED.

9                    MS. REINITZ:  MY FEED CUT OUT AT THE END

10       OF MS. BLUMENTHAL'S DISCUSSION OF HER MEDICAL

11       CONDITIONS.  I JUST WANTED TO BRIEFLY DISCUSS WHAT HAD

12       BEEN SEEN IN SOME OF THE INITIAL FDC RECORDS, WITH YOUR

13       HONOR'S PERMISSION.

14                   THE COURT:  YES, CERTAINLY.

15                   MS. REINITZ:  OKAY.  SO THE GOVERNMENT

16       RECEIVED AND SENT TO MR. HETZNECKER INITIAL FDC

17       TREATMENT RECORDS OF MS. BLUMENTHAL FROM, IT LOOKS AS IF

18       THEY START WHEN SHE WAS ARRESTED ON JUNE 15TH AND THEY

19       ARE THROUGH JUNE 29TH.

20                   THE RECORDS DO NOT REFLECT ANY DISCUSSION

21       BY MS. BLUMENTHAL AT ALL OF ANY CONCERNS ABOUT HER HEART

22       CONDITION, AND IT DOES NOTE SOME PRESCRIPTION OF

23       CLONAZEPAM BEING GIVEN BUT IN A LIMITED CAPACITY AT THAT

24       TIME.

25                   THERE IS NO OTHER INDICATIONS OF ANY

1    REQUESTS BY MS. BLUMENTHAL, AT LEAST THROUGH JUNE 29TH

2    OF ANY MEDICAL CONDITIONS.

3                    SHE HAS STATED IT WAS IN JULY THAT SHE

4    MADE THESE OTHER REQUESTS; THAT SHE WAS SEEN FOR AND AS

5    YOUR HONOR SAW WE DID RECEIVE A LETTER FROM THE FDC

6    DATED JULY 22, 2020, IN WHICH THE FDC SET FORTH THAT

7    THEY ARE ABLE TO CARE FOR MS. BLUMENTHAL AND THAT SHE

8    HAS NO CONDITIONS WHICH THEY ARE, THEY FEEL UNABLE TO

9    CARE FOR AT THE FDC.

10                   SO RESPECTFULLY, YOUR HONOR, WHILE THE

11   GOVERNMENT IS AWARE THAT MS. BLUMENTHAL DOES HAVE

12   MEDICAL CONCERNS, THE FDC IS CERTAINLY ABLE TO CARE FOR

13   HER AT THIS TIME.

14                   THE COURT:  ALL RIGHT.  MR. HETZNECKER.

15                   MR. HETZNECKER:  JUST BRIEFLY, THE

16   PASSING OF NOTES AT THE DOOR FOR THE OFFICERS TO TRY TO

17   GET MEDICAL TREATMENT IS CLASSICALLY WHAT HAPPENS IN THE

18   SHU UNFORTUNATELY.  SO HER EFFORTS TO GET -- AFTER THE

19   INITIAL SCREENING -- I BELIEVE THERE WAS AN INITIAL

20   SCREENING FOR EVERY ONE THAT COMES IN AND THEN AFTER THE

21   INITIAL SCREENING THE FACT THAT FDC SAYS THAT THEY CAN

22   PROVIDE MEDICAL TREATMENT FOR HER.  WELL, THEY SAY THAT

23   THROUGHOUT.  I DON'T THINK THERE ARE ANY CONDITIONS THAT

24   I HAVE SEEN OF ANY OF MY CLIENTS WHERE THEY DON'T ALLEGE

25   THAT, AND CLIENTS THAT MANY OF THEM HAVE SUFFERED GRAVE,

1     GRAVE ILLNESSES AS A CONSEQUENCE OF THE LACK OF

2     TREATMENT FOR FAILURE TO TREAT AT THE FDC.

3                  I WOULD NOT EXPECT THEM TO SAY ANYTHING

4     DIFFERENTLY.  THE FACT THAT THEY ARE SAYING THAT DOES

5     NOT MEAN THAT IN FACT HER MEDICAL CONDITIONS CAN BE

6     ADDRESSED APPROPRIATELY AS THEY COULD BE IF SHE WAS OUT

7     IN THE WORLD AND GETTING RESTRICTIONS UNDER HOUSE

8     ARREST.

9                  SO I'M NOT SURPRISED THAT THE LETTER SAYS

10    WHAT IT SAYS, BUT I CONTEST THE FACT THAT THEY CAN DO

11    EXACTLY -- OR EVEN THE EQUIVALENT OF THE TREATMENT THAT

12    IS PROVIDED ON THE STREET.  THANK YOU.

13                  THE COURT:  ALL RIGHT.  THANK YOU.

14                  MR. PERRICONE, AT THE LAST HEARING IN

15    THIS MATTER YOU MADE A REFERENCE TO CORRECTING THE

16    RECORD REGARDING A TREATY OR EXTRADITION POLICY OR

17    TREATY WITH ICELAND.  CAN YOU REITERATE THAT PLEASE?

18                  MR. PERRICONE:  YES, YOUR HONOR, BASED ON

19    MY CONVERSATIONS WITH OUR OFFICE OF INTERNATIONAL

20    AFFAIRS, THE UNITED STATES DOES HAVE AN EXTRADITION

21    TREATY WITH ICELAND.  WE ARE UNABLE TO EXTRADITE

22    ICELANDIC CITIZENS BUT -- AT LEAST THEORETICALLY WE ARE

23    ABLE TO EXTRADITE NON-ICELANDIC CITIZENS FROM ICELAND.

24    THE TREATY THAT WE HAVE IS -- I AM FORGETTING WHAT THE

25    TERM EXACTLY IS, BUT THE TREATY IS A TREATY THAT LISTS

1    THOSE CRIMES FOR WHICH ICELAND WILL EXTRADITE.  SO

2    ICELAND WILL NOT EXTRADITE FOR EVERY CRIME BUT JUST A

3    LIMITED NUMBER OF CRIMES.

4                 ONE OF THE CRIMES LISTED IN THE TREATY IS

5    "ARSON."  NOW, WHETHER ARSON OF A MOTOR VEHICLE

6    ENDANGERING OTHERS IS ARSON UNDER ICELANDIC

7    INTERPRETATION OF THE WORD, WE DON'T HAVE THAT

8    INFORMATION.

9                 I GUESS THE BOTTOM LINE IS, THAT IT IS

10   THEORETICALLY POSSIBLY TO EXTRADITE SOMEBODY FROM

11   ICELAND -- FOR THE UNITED STATES TO EXTRADITE SOMEBODY

12   FROM ICELAND.  IN REALITY, IT MAY BE VERY DIFFICULT.

13                THE COURT:  THEY WILL NOT EXPEDITE IF THE

14   CRIME CAN BE DEEMED A POLITICAL OFFENSE, IS THAT

15   CORRECT?

16                MR. PERRICONE:  I DON'T KNOW THAT

17   PARTICULARLY, YOUR HONOR.  I DON'T KNOW THAT FACT

18   PARTICULARLY.  I CAN HAVE FURTHER CONVERSATIONS WITH THE

19   EXPERTS THERE TO DETERMINE IF THAT IS, IN FACT, A

20   POSITION THAT ICELAND TAKES.

21                THE COURT:  YOU MAY WANT TO INQUIRE

22   ABOUT.

23                MR. PERRICONE:  I KNOW THERE HAVE BEEN

24   OCCASIONS -- I'M SORRY, YOUR HONOR.

25                THE COURT:  I JUST SAID YOU MAY WANT TO

1    INQUIRE ABOUT THAT SPECIFICALLY.

2              MR. PERRICONE:  I WILL DO THAT, SIR.

3    THANK YOU.

4              THE COURT:  THANK YOU VERY MUCH.

5    BY THE COURT:

6    Q.    NOW, MS. BLUMENTHAL.

7    A.    YES.

8    Q.    I WANTED TO MAKE SURE THAT I HAD THIS VIDEO

9    HEARING REGARDING YOUR BAIL APPEAL.

10   A.    THANK YOU.

11   Q.    WITH YOU HAVING ACCESS TO THE VIDEO EQUIPMENT TO

12   SEE BOTH ME AND ME BEING ABLE TO SEE YOU BECAUSE I

13   WANTED TO SPEAK TO YOU DIRECTLY BY WAY OF THE VIDEO TO

14   LET YOU KNOW FIRST AND FOREMOST, I HAVE NOT DECIDED WHAT

15   I WANT TO DO REGARDING THIS APPEAL.

16             THE LAST THING I'M GOING TO DO NOW IS TO

17   AWAIT ANY LAST INFORMATION FROM THE GOVERNMENT,

18   MR. PERRICONE SPECIFICALLY OR MS. REINITZ REGARDING THE

19   POTENTIAL EXTRADITION FOR POLITICAL CRIMES.

20             AND ALSO MR. HETZNECKER HAS INDICATED

21   THAT THERE MAY BE FORTHCOMING ADDITIONAL MEDICAL

22   INFORMATION, BUT THE BOTTOM LINE IS, I WILL, AS

23   REQUIRED, TAKE ALL OF THOSE FACTORS INTO CONSIDERATION

24   AS WELL AS ALL OF THE OTHER EVIDENCE THAT I'M ALLOWED TO

25   AND REQUIRED TO CONSIDER IN DECIDING THIS ISSUE OF YOUR

1      BAIL APPEAL, BUT I WANT YOU TO UNDERSTAND THAT WHILE I

2      HAVE NOT MADE UP MY MIND, IF I DENY IT, THAT DENIAL IS

3      NOT NECESSARILY PERMANENT BECAUSE EITHER I CAN

4      RECONSIDER AT A SUBSEQUENT TIME OR IN THE ALTERNATIVE

5      YOUR COUNSEL CAN APPEAL THE DECISION, PRESUMABLY TO THE

6      THIRD CIRCUIT.

7                      THE OTHER SIDE OF THIS COIN IS, IF I

8      ALLOW YOU TO BE RELEASED, I WANT YOU TO FULLY UNDERSTAND

9      HOW SERIOUSLY I TAKE MY ORDERS.

10                     IT MAY BE INAPPROPRIATE TO SAY BUT THERE

11     WAS A TIME WHEN I WOULD TELL PEOPLE I RELEASED ON BAIL

12     IF SOMEBODY THEY HAD THREATENED CAUGHT A COLD, I WOULD

13     HOLD THEM RESPONSIBLE.

14                     I WANT YOU TO UNDERSTAND IN THIS

15     INSTANCE, IF I RELEASE YOU, WITH EVERY CONDITION THAT I

16     PUT IN WRITING, AND YOU ACKNOWLEDGE BY SIGNING OFF ON

17     IT, IF YOU WERE TO VIOLATE ANY ONE OF THOSE CONDITIONS

18     THERE WOULD NOT BE A SECOND CHANCE.  YOU WOULD BE

19     REINCARCERATED AND I WOULD NOT TOUCH YOUR BAIL AGAIN

20     UNTIL THE CASE IS DISPOSED.  DO YOU FULLY UNDERSTAND

21     THAT?

22     A.     I FULLY UNDERSTAND, YOUR HONOR.

23     Q.     THERE ARE NO REASONS WITH WHICH YOU COULD

24     BOOTSTRAP OR JUSTIFY ANY VIOLATION OF ANY CONDITION I

25     IMPOSE.  DO YOU UNDERSTAND THAT?

1    A.      I DO UNDERSTAND, YOUR HONOR.

2    Q.      THERE IS NO CAUSE AND I DON'T MIND SAYING THIS

3    FOR THE RECORD AS WELL.  YOU ARE LOOKING AT AN

4    AFRICAN-AMERICAN JUDGE, BUT RIGHT NOW YOU ARE CHARGED

5    WITH A CRIME, AND VERY SERIOUS ONE, AND THERE IS NO

6    CAUSE OR NO MOVEMENT THAT YOU CAN PARTICIPATE IN THAT IS

7    GOING TO, IN ANY WAY VIOLATE ANY CONDITION THAT I PUT ON

8    YOU IF I RELEASE YOU.  DO YOU FULLY UNDERSTAND THAT?

9    A.      I FULLY UNDERSTAND THAT, YOUR HONOR.

10              THE COURT:  ALL RIGHT.  COUNSEL, IS THERE

11   ANYTHING FURTHER?

12              MR. HETZNECKER:  NO, YOUR HONOR.

13              MS. REINITZ:  NOT FROM THE GOVERNMENT,

14   YOUR HONOR.

15              THE COURT:  THE COURT WILL REVIEW THE

16   RECORD.  I WILL DIRECT THAT THIS TRANSCRIPT BE

17   TRANSCRIBED AND SUBMITTED TO ALL COUNSEL AND THE COURT

18   AND I WILL REVIEW IT, MAKE MY DECISION IN COMBINATION

19   WITH WHAT I ASK COUNSEL TO SUPPLY TO ME WITHIN THE NEXT

20   THREE WEEKS, IF NOT SOONER.

21              MS. REINITZ:  YES, YOUR HONOR.

22              THE COURT:  IS THERE ANYTHING FURTHER?

23              MR. HETZNECKER:  NO, YOUR HONOR.

24              MS. REINITZ:  NO, YOUR HONOR.

25              THE COURT:  AND TO THOSE OF YOU

1          PARTICIPATING BY PHONE AND TO MS. LONGO, THANK YOU VERY

2     MUCH FOR YOUR PARTICIPATION.

3                    MS. LONGO:  THANK YOU, SIR.

4                    THE COURT:  THIS MATTER IS ADJOURNED.

5     GOOD DAY.

6                    (HEARING ADJOURNED AT 11:15 P.M.)

7                    I CERTIFY THAT THE FOREGOING IS A CORRECT

8     TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

9     ABOVE-ENTITLED MATTER.

10

11     8-10-20                    *Suzanne White*

12     DATE                        SUZANNE R. WHITE

13                                 OFFICIAL COURT REPORTER

14

15

16

17

18

19

20

21

22

23

24

25

## 1

**10:00** [1] - 1:9
**10:30** [1] - 3:24
**11** [3] - 14:18, 14:23, 15:8
**11:15** [1] - 30:6
**12** [2] - 15:10, 15:12
**1250** [1] - 1:16
**13** [2] - 15:10, 20:6
**1420** [1] - 2:3
**15TH** [2] - 8:22, 23:18
**17** [1] - 8:23
**18** [1] - 8:24
**19102** [1] - 2:4
**19106** [2] - 1:16, 1:21
**1ST** [1] - 6:5

## 2

**2** [1] - 1:9
**20-1002** [1] - 4:16
**20-MJ-01002** [1] - 1:5
**2018** [1] - 6:16
**2020** [3] - 1:9, 6:5, 24:6
**215)627-1882** [1] - 1:22
**21ST** [1] - 6:16
**22** [1] - 24:6
**24TH** [1] - 10:4
**2609** [1] - 1:20
**29TH** [2] - 23:19, 24:1
**2ND** [2] - 8:23, 9:24

## 3

**3RD** [1] - 9:24

## 5

**5** [1] - 14:5

## 6

**601** [1] - 1:21
**615** [1] - 1:16

## 8

**8-10-20** [1] - 30:11
**800** [1] - 12:10

## 9

**911** [1] - 2:3

## A

**A.M** [1] - 1:9

**ABIDE** [3] - 21:14, 21:17, 21:20
**ABILITY** [1] - 15:16
**ABLATION** [2] - 6:18, 7:1
**ABLE** [9] - 8:4, 9:4, 18:6, 22:6, 23:1, 24:7, 24:12, 25:23, 27:12
**ABOUT** [13] - 3:21, 4:4, 9:1, 15:22, 17:4, 18:9, 19:23, 20:12, 20:18, 22:3, 23:21, 26:22, 27:1
**ABOVE** [1] - 30:9
**ABOVE-ENTITLED** [1] - 30:9
**ABSOLUTE** [1] - 7:9
**ACCEPTABLE** [1] - 7:13
**ACCESS** [7] - 17:4, 18:6, 19:8, 19:13, 19:19, 19:25, 27:11
**ACCESSIBLE** [1] - 20:25
**ACCIDENT** [1] - 10:11
**ACCUSATION** [1] - 17:15
**ACKNOWLEDGE** [1] - 28:16
**ACTUAL** [1] - 14:2
**ACYCLOVIR** [2] - 12:8, 12:10
**ADDITIONAL** [1] - 15:9, 27:21
**ADDRESS** [4] - 14:20, 14:21, 20:7, 22:4
**ADDRESSED** [1] - 25:6
**ADJOURNED** [2] - 30:4, 30:6
**ADMINISTER** [1] - 13:17
**AFFAIRS** [1] - 25:20
**AFFECT** [1] - 11:20
**AFFIRMS** [2] - 5:21, 13:19
**AFRICAN** [1] - 29:4
**AFRICAN-AMERICAN** [1] - 29:4
**AFTER** [5] - 8:23, 8:24, 10:21, 24:18, 24:20
**AGAIN** [8] - 4:8, 13:10, 19:5, 19:21, 20:11, 22:6, 22:15, 28:19
**AGAINST** [2] - 17:25, 21:15
**AGENT** [1] - 4:21
**AGENTS** [1] - 18:7

**AGO** [1] - 10:12
**AGREE** [1] - 20:19
**AGREES** [1] - 18:14
**AHEAD** [1] - 8:5
**AIDED** [1] - 1:24
**AILMENTS** [1] - 10:19
**ALL** [28] - 4:2, 4:9, 6:3, 7:3, 7:9, 7:16, 11:1, 12:1, 12:12, 12:16, 16:20, 16:23, 18:6, 18:20, 18:21, 19:10, 20:5, 20:7, 21:1, 21:24, 23:4, 23:21, 24:14, 25:13, 27:23, 27:24, 29:10, 29:17
**ALLEGATION** [1] - 19:4
**ALLEGE** [1] - 24:24
**ALLOW** [1] - 28:8
**ALLOWED** [1] - 27:24
**ALMOST** [1] - 9:15
**ALONG** [1] - 5:9
**ALSO** [10] - 4:23, 5:10, 6:19, 10:4, 11:4, 11:25, 12:7, 15:2, 15:16, 27:20
**ALTERNATIVE** [1] - 28:4
**ALTHOUGH** [1] - 16:6
**AM** [2] - 20:17, 25:24
**AMANDA** [3] - 1:14, 4:20, 22:23
**AMERICA** [2] - 1:3, 4:15
**AMERICAN** [1] - 29:4
**AN** [15] - 6:15, 6:18, 14:2, 15:18, 17:1, 17:24, 18:2, 18:22, 19:2, 19:19, 19:22, 20:3, 24:19, 25:20, 29:3
**AND** [82] - 4:22, 5:9, 5:10, 5:15, 6:17, 7:8, 7:10, 7:23, 8:2, 8:5, 8:8, 8:9, 8:22, 9:7, 9:10, 9:14, 9:18, 9:25, 10:2, 10:3, 10:8, 10:12, 11:10, 11:17, 11:22, 11:25, 12:6, 12:7, 13:8, 14:2, 14:5, 14:6, 14:11, 14:13, 14:18, 14:20, 15:10, 16:2, 16:3, 16:9, 16:24, 17:5, 17:15, 17:19, 18:1, 18:7, 18:18, 19:1, 19:9, 19:10, 19:19, 20:1, 20:16, 20:22, 22:15, 23:16, 23:18, 23:22, 24:4,

24:7, 24:20, 24:25, 25:7, 27:12, 27:14, 27:20, 27:25, 28:16, 28:19, 29:2, 29:5, 29:17, 29:18, 29:25, 30:1
**ANSWER** [3] - 7:23, 8:4, 8:5
**ANSWERS** [1] - 7:11
**ANXIETY** [1] - 11:22
**ANY** [39] - 3:20, 5:2, 5:23, 6:1, 7:10, 7:11, 7:18, 8:12, 9:1, 9:12, 9:20, 10:9, 10:19, 11:2, 11:12, 11:21, 12:2, 12:18, 14:25, 15:3, 15:9, 16:16, 16:24, 17:2, 18:25, 20:23, 23:20, 23:21, 23:25, 24:2, 24:23, 24:24, 27:17, 28:17, 28:24, 29:7
**ANYONE** [7] - 5:19, 9:4, 9:11, 9:18, 10:22, 16:11, 22:12
**ANYTHING** [6] - 6:20, 21:2, 21:24, 25:3, 29:11, 29:22
**APART** [1] - 20:1
**APOLOGIES** [2] - 8:20, 23:8
**APOLOGIZE** [1] - 23:6
**APPEAL** [4] - 27:9, 27:15, 28:1, 28:5
**APPEARANCES** [2] - 1:13, 2:1
**APPEARED** [1] - 18:8
**APPRECIATE** [1] - 21:9
**APPROPRIATE** [2] - 15:18, 19:22
**APPROPRIATELY** [1] - 25:6
**ARE** [32] - 3:2, 3:6, 4:10, 4:21, 5:10, 6:25, 8:1, 8:4, 12:3, 12:5, 12:13, 16:1, 18:25, 19:13, 19:16, 19:17, 20:24, 22:6, 22:22, 23:1, 23:19, 24:7, 24:8, 24:23, 25:4, 25:21, 25:22, 28:23, 29:3, 29:4
**ARGUED** [1] - 21:15
**ARGUMENT** [2] - 15:10, 19:2
**ARGUMENTS** [3] - 19:16, 20:22
**ARM** [2] - 11:16, 17:1
**ARREST** [1] - 25:8

**ARRESTED** [1] - 23:18
**ARSON** [4] - 18:16, 26:5, 26:6
**ARSONS** [1] - 18:13
**AS** [35] - 3:18, 5:19, 6:11, 6:22, 8:25, 9:11, 13:7, 14:6, 14:21, 15:3, 15:10, 15:11, 15:14, 15:24, 16:23, 16:24, 17:9, 17:18, 18:3, 18:21, 19:8, 21:7, 23:17, 24:4, 25:1, 25:6, 27:22, 27:24, 29:3
**ASK** [4] - 5:18, 8:12, 21:5, 29:19
**ASKED** [4] - 6:8, 9:11, 10:21, 17:7
**ASSISTANT** [1] - 1:15
**ASSUME** [1] - 18:25
**AT** [32] - 1:9, 3:24, 4:11, 5:20, 5:25, 6:8, 7:6, 7:19, 9:10, 10:4, 17:9, 17:11, 17:15, 17:17, 18:22, 18:24, 19:12, 20:7, 22:2, 23:9, 23:21, 23:23, 24:1, 24:9, 24:13, 24:16, 25:2, 25:14, 25:22, 28:4, 29:3, 30:6
**ATTEMPTING** [1] - 17:2
**ATTENDED** [1] - 8:15
**ATTENTION** [2] - 8:13, 11:3
**ATTORNEY** [1] - 15:5
**ATTORNEY'S** [2] - 4:20, 4:25
**ATTORNEYS** [1] - 1:15
**AUGUST** [2] - 1:9, 6:16
**AUTHORIZED** [1] - 15:6
**AVAILABLE** [1] - 17:8
**AWAIT** [1] - 27:17
**AWARE** [3] - 16:23, 16:24, 24:11

## B

**BACK** [2] - 10:8, 13:4
**BACKS** [1] - 19:1
**BAIL** [4] - 27:9, 28:1, 28:11, 28:19
**BASED** [2] - 5:3, 25:18
**BASIS** [2] - 6:22, 12:3
**BE** [25] - 5:20, 5:23,

9:4, 10:6, 11:15, 14:11, 15:4, 15:18, 15:19, 16:12, 16:16, 16:25, 19:6, 20:8, 20:21, 25:5, 25:6, 26:12, 26:14, 27:21, 28:8, 28:10, 28:18, 29:16
**BECAUSE** [11] - 9:4, 9:25, 11:19, 12:11, 17:6, 18:5, 20:12, 20:13, 20:18, 27:12, 28:3
**BEEN** [14] - 7:8, 7:19, 8:7, 8:8, 10:5, 10:19, 11:4, 11:8, 11:22, 13:13, 18:5, 20:2, 23:12, 26:23
**BEFORE** [4] - 1:11, 7:11, 11:16, 22:11
**BEGIN** [1] - 15:11
**BEHALF** [1] - 5:8
**BEING** [8] - 8:23, 8:24, 9:4, 14:10, 15:1, 15:4, 23:23, 27:12
**BELIEVE** [8] - 3:11, 3:14, 8:23, 9:25, 10:14, 10:16, 13:6, 24:19
**BELIVE** [1] - 22:23
**BEST** [1] - 10:22
**BETTER** [1] - 6:9
**BETWEEN** [1] - 18:7
**BILL** [2] - 3:22, 22:22
**BIRTH** [3] - 11:9, 11:14, 12:6
**BLUMENTHAL** [22] - 1:6, 2:5, 4:16, 5:9, 5:14, 5:16, 5:19, 5:21, 6:2, 7:7, 7:11, 7:18, 8:1, 17:11, 21:2, 21:12, 23:17, 23:21, 24:1, 24:7, 24:11, 27:6
**BLUMENTHAL'S** [4] - 13:9, 18:1, 22:3, 23:10
**BODY** [1] - 12:12
**BOOTSTRAP** [1] - 28:24
**BORGIA** [1] - 6:22
**BOTH** [1] - 27:12
**BOTTOM** [2] - 26:9, 27:22
**BREAK** [1] - 4:7
**BRIEF** [1] - 18:6
**BRIEFLY** [3] - 22:4, 23:11, 24:15
**BRING** [1] - 11:3
**BROTHER** [1] - 5:10

**BROUGHT** [3] - 17:3, 17:6, 17:12
**BUT** [23] - 5:1, 8:4, 9:3, 11:12, 12:8, 14:12, 14:21, 15:2, 15:16, 16:18, 16:25, 18:16, 19:22, 22:11, 23:23, 25:10, 25:22, 25:25, 26:2, 27:22, 28:1, 28:10, 29:4
**BUT..** [1] - 13:1
**BY** [37] - 1:23, 1:24, 6:7, 6:22, 7:17, 8:11, 8:19, 8:22, 9:3, 9:7, 9:8, 9:18, 9:20, 9:24, 10:1, 10:18, 13:20, 15:4, 15:19, 15:20, 16:25, 17:1, 17:5, 17:18, 19:1, 19:17, 20:6, 21:11, 21:14, 21:17, 23:21, 24:1, 27:5, 27:13, 28:16, 30:1
**BYRNE** [1] - 1:8

# C

**C.O.'S** [1] - 9:2
**CALL** [4] - 5:2, 14:7, 14:10, 22:23
**CALLED** [1] - 3:23
**CAME** [1] - 8:22
**CAN** [28] - 3:16, 8:3, 8:5, 12:21, 12:23, 12:25, 13:4, 19:24, 20:15, 20:19, 21:8, 22:4, 22:9, 22:13, 22:18, 23:3, 23:4, 24:21, 25:5, 25:10, 25:17, 26:14, 26:18, 28:3, 28:5, 29:6
**CAN'T** [2] - 13:7, 18:4
**CANNOT** [1] - 10:13
**CAPACITY** [1] - 23:23
**CAR** [1] - 10:11
**CARE** [3] - 24:7, 24:9, 24:12
**CAROLINE** [2] - 13:12, 13:18
**CARPENTER** [1] - 4:22
**CASE** [5] - 1:3, 5:2, 16:6, 16:10, 28:20
**CASES** [1] - 15:23
**CAUGHT** [1] - 28:12
**CAUSE** [2] - 29:2, 29:6
**CAUSES** [1] - 12:12
**CELL** [2] - 9:3, 14:12
**CENTER** [1] - 7:20
**CERTAINLY** [7] - 7:10,

14:18, 14:20, 20:15, 20:19, 23:14, 24:12
**CERTIFY** [1] - 30:7
**CERVICAL** [1] - 10:25
**CHANCE** [1] - 28:18
**CHARACTER** [1] - 15:2
**CHARACTERIZATIO N** [1] - 17:14
**CHARGED** [6] - 15:17, 16:10, 16:11, 19:16, 20:2, 29:4
**CHECKED** [1] - 17:25
**CHEST** [1] - 8:9
**CHESTNUT** [1] - 1:16
**CHOSE** [1] - 11:14
**CINTRON** [2] - 3:5, 3:7
**CIRCUIT** [1] - 28:6
**CITIZENS** [2] - 25:22, 25:23
**CLASSICALLY** [1] - 24:17
**CLERK** [3] - 3:4, 3:18, 5:22
**CLIENT** [7] - 15:16, 16:10, 19:3, 19:4, 19:25, 20:14, 21:6
**CLIENT'S** [2] - 15:21, 16:5
**CLIENTS** [2] - 24:24, 24:25
**CLONAZEPAM** [3] - 11:23, 12:6, 23:23
**CM** [1] - 1:19
**CO** [1] - 15:3
**CO-DEFENDANTS** [1] - 15:3
**COIN** [1] - 28:7
**COLD** [1] - 28:12
**COMBINATION** [1] - 29:18
**COME** [6] - 9:7, 12:11, 13:4, 14:10, 14:12, 14:13
**COMES** [1] - 24:20
**COMFORTABLE** [1] - 8:2
**COMMENCING** [1] - 1:9
**COMMITTED** [2] - 18:16, 19:18
**COMMITTING** [1] - 15:24
**COMMUNICATE** [1] - 15:16
**COMMUNICATING** [1] - 20:1
**COMMUNICATION** [1] - 15:15
**COMMUNICATIONS**

[4] - 15:21, 16:5, 16:13, 16:17
**COMPLAINT** [1] - 8:18
**COMPUTER** [7] - 1:23, 1:24, 15:24, 16:13, 18:15, 19:9, 20:24
**COMPUTER-AIDED** [1] - 1:24
**COMPUTERS** [1] - 20:7
**CONCEDE** [1] - 20:16
**CONCERN** [8] - 15:13, 16:8, 19:14, 19:18, 20:4, 20:12
**CONCERNED** [1] - 20:18
**CONCERNS** [7] - 15:22, 17:4, 18:9, 18:17, 19:23, 23:21, 24:12
**CONCLUDED** [1] - 6:18
**CONCLUSION** [1] - 6:8
**CONDITION** [19] - 6:11, 9:1, 10:9, 11:21, 14:5, 14:6, 14:18, 14:23, 14:25, 15:7, 15:11, 17:6, 20:23, 21:14, 23:22, 28:15, 28:24, 29:7
**CONDITIONS** [15] - 6:13, 15:10, 16:12, 17:7, 17:8, 18:17, 21:13, 21:18, 22:3, 23:11, 24:2, 24:8, 24:23, 25:5, 28:17
**CONDUCT** [1] - 21:8
**CONDUCTED** [2] - 1:8, 18:24
**CONFERENCE** [1] - 1:8
**CONFIRM** [1] - 6:25
**CONNECTED** [2] - 3:9, 14:2
**CONSENT** [2] - 20:6, 20:13, 20:19
**CONSEQUENCE** [1] - 25:1
**CONSIDER** [2] - 21:3, 27:25
**CONSIDERATION** [1] - 27:23
**CONTACT** [3] - 15:1, 19:9, 19:10
**CONTACTED** [1] - 15:4
**CONTACTING** [1] - 14:24
**CONTEST** [1] - 25:10

**CONTINUE** [1] - 17:21
**CONTINUED** [1] - 2:1
**CONTROL** [4] - 3:15, 11:9, 11:15, 12:6
**CONVERSATIONS** [2] - 25:19, 26:18
**CORRECT** [3] - 13:14, 26:15, 30:7
**CORRECTING** [1] - 25:15
**COULD** [6] - 6:18, 9:19, 11:13, 14:11, 25:6, 28:23
**COUNSEL** [15] - 1:17, 3:9, 4:9, 4:17, 6:9, 6:11, 7:13, 12:17, 14:21, 17:17, 28:5, 29:10, 29:17, 29:19
**COUNSEL'S** [1] - 21:3
**COURT** [79] - 1:1, 1:20, 3:1, 3:2, 3:5, 3:8, 3:12, 3:16, 4:2, 4:8, 4:10, 4:14, 5:2, 5:4, 5:12, 5:15, 5:18, 6:3, 6:6, 6:10, 6:12, 6:13, 6:15, 7:3, 7:6, 7:10, 7:16, 7:17, 8:2, 8:11, 10:14, 10:18, 12:17, 12:20, 13:2, 13:13, 13:16, 13:20, 14:4, 14:17, 16:19, 16:20, 17:1, 17:3, 17:17, 17:21, 18:20, 19:21, 20:5, 20:20, 21:1, 21:7, 21:18, 21:23, 22:5, 22:8, 22:10, 22:15, 22:17, 22:20, 23:3, 23:8, 23:14, 24:14, 25:13, 26:13, 26:21, 26:25, 27:4, 27:5, 29:10, 29:15, 29:17, 29:22, 29:25, 30:4, 30:13
**COURTHOUSE** [2] - 1:8, 1:20
**COURTROOM** [1] - 3:22
**CRIME** [13] - 15:17, 15:24, 16:14, 18:15, 19:15, 19:18, 20:1, 20:3, 20:4, 26:2, 26:14, 29:5
**CRIMES** [5] - 15:24, 26:1, 26:3, 26:4, 27:19
**CRIMINAL** [2] - 1:3, 16:10
**CRIMINALLY** [1] - 16:11
**CROSS** [1] - 18:22

**CURRENT** [1] - 15:3
**CUT** [3] - 22:2, 22:5, 23:9

## D

**DAILY** [2] - 11:9, 14:8
**DALMOSI** [1] - 10:3
**DATE** [3] - 12:9, 18:24, 30:12
**DATED** [2] - 6:16, 24:6
**DAY** [5] - 6:20, 12:11, 14:14, 18:12, 30:5
**DAYS** [2] - 8:23, 8:24
**DE** [1] - 6:6
**DECIDED** [1] - 27:14
**DECIDES** [2] - 20:14, 21:13
**DECIDING** [1] - 27:25
**DECISION** [2] - 28:5, 29:18
**DEEMED** [1] - 26:14
**DEFENDANT** [14] - 1:6, 2:5, 3:10, 3:25, 5:17, 6:6, 6:14, 6:17, 6:19, 8:7, 14:7, 15:5, 17:2, 17:5
**DEFENDANT'S** [2] - 6:11, 13:18
**DEFENDANTS** [1] - 15:3
**DEFER** [2] - 16:18, 19:21
**DENIAL** [1] - 28:2
**DENTIST** [1] - 10:3
**DENY** [1] - 28:2
**DEPO** [1] - 11:15
**DEPUTY** [4] - 3:4, 3:18, 5:18, 5:22
**DESTROY** [1] - 18:11
**DESTROYED** [4] - 17:11, 17:14, 18:8, 19:4
**DESTRUCTION** [1] - 18:18
**DETAINED** [1] - 7:19
**DETENTION** [1] - 7:19
**DETERMINE** [1] - 26:19
**DEVICE** [4] - 15:23, 17:25, 19:15, 19:19
**DEVICES** [4] - 16:14, 16:15, 17:4, 20:25
**DIAGNOSIS** [1] - 10:22
**DID** [12] - 6:15, 8:25, 9:2, 9:7, 9:14, 10:7, 10:22, 11:18, 18:16, 22:11, 22:12, 24:5
**DIDN'T** [1] - 11:12

**DIFFERENTLY** [1] - 25:4
**DIFFICULT** [1] - 26:12
**DIFFICULTIES** [1] - 23:6
**DIRECT** [1] - 29:16
**DIRECTED** [2] - 6:9, 6:11
**DIRECTION** [1] - 19:12
**DIRECTIVE** [1] - 14:22
**DIRECTLY** [3] - 14:10, 19:12, 27:13
**DISCHARGED** [1] - 6:19
**DISCOVERY** [1] - 17:18
**DISCUSS** [1] - 23:11
**DISCUSSED** [2] - 17:9, 17:24
**DISCUSSION** [2] - 23:10, 23:20
**DISPOSED** [1] - 28:20
**DISTRICT** [2] - 1:1, 1:2
**DO** [19] - 5:22, 8:1, 11:11, 11:24, 12:17, 13:23, 14:1, 19:8, 20:19, 22:19, 23:20, 25:10, 27:2, 27:15, 27:16, 28:20, 28:25, 29:1, 29:8
**DOCTOR** [2] - 10:3, 11:23
**DOCTORS** [1] - 6:17
**DOES** [7] - 17:10, 19:7, 19:13, 23:22, 24:11, 25:4, 25:20
**DOING** [3] - 18:10, 19:6, 19:11
**DON'T** [19] - 3:11, 3:14, 3:20, 7:24, 11:17, 15:17, 16:1, 16:16, 18:24, 19:5, 19:20, 22:8, 22:12, 24:23, 24:24, 26:7, 26:16, 26:17, 29:2
**DONE** [1] - 16:25
**DOOR** [4] - 9:8, 9:17, 18:7, 24:16
**DOSAGE** [1] - 11:18
**DR** [2] - 6:22, 10:3

## E

**EASTERN** [1] - 1:2
**EFFECTS** [1] - 11:17
**EFFORTS** [1] - 24:18
**EITHER** [4] - 6:1, 12:17, 22:12, 28:3
**EL** [3] - 3:2, 3:16,

13:16
**EL-SHABAZZ** [2] - 3:16, 13:16
**ELECTRONIC** [1] - 17:4
**ELECTROPHYSIOL OGY** [1] - 6:16
**ELISABETH** [4] - 1:6, 2:5, 4:15, 5:21
**ELSE** [3] - 5:19, 16:11, 22:12
**END** [2] - 22:2, 23:9
**ENDANGERING** [1] - 26:6
**ENDOMETRIOSIS** [2] - 11:4, 11:8
**ENSURE** [1] - 20:8
**ENTERTAIN** [1] - 15:9
**ENTITLED** [1] - 30:9
**EQUIPMENT** [2] - 20:9, 27:11
**EQUIVALENT** [1] - 25:11
**ESQUIRE** [3] - 1:14, 1:15, 2:2
**EVEN** [2] - 9:6, 25:11
**EVENT** [2] - 6:13, 21:12
**EVERY** [5] - 21:14, 21:17, 24:20, 26:2, 28:15
**EVERYDAY** [1] - 9:15
**EVERYTHING** [1] - 22:11
**EVIDENCE** [4] - 18:12, 18:25, 19:1, 27:24
**EXACT** [1] - 12:9
**EXACTLY** [5] - 10:13, 11:18, 12:8, 25:11, 25:25
**EXAMINE** [1] - 18:23
**EXCEPT** [2] - 15:5, 16:13
**EXCUSE** [3] - 6:24, 11:14, 22:21
**EXPECT** [1] - 25:3
**EXPEDITE** [1] - 26:13
**EXPERTS** [1] - 26:19
**EXPRESSED** [2] - 15:14, 17:4
**EXTRADITE** [6] - 25:21, 25:23, 26:1, 26:2, 26:10, 26:11
**EXTRADITION** [3] - 25:16, 25:20, 27:19

## F

**FACT** [11] - 15:25, 19:6, 19:11, 19:17,

21:7, 24:21, 25:4, 25:5, 25:10, 26:17, 26:19
**FACTORS** [1] - 27:23
**FACTS** [1] - 18:25
**FAILURE** [1] - 25:2
**FAR** [2] - 3:18, 17:18
**FBI** [3] - 4:22, 4:23, 19:11
**FCRR** [1] - 1:19
**FDC** [10] - 10:5, 10:6, 23:12, 23:16, 24:5, 24:6, 24:9, 24:12, 24:21, 25:2
**FEDERAL** [2] - 7:19, 16:12
**FEED** [2] - 22:24, 23:9
**FEEL** [2] - 8:2, 24:8
**FEELING** [1] - 8:8
**FEW** [1] - 3:25
**FILING** [2] - 16:2, 16:3
**FIRST** [4] - 14:1, 16:23, 18:21, 27:14
**FIVE** [1] - 4:4
**FOLLOWING** [1] - 9:25
**FOR** [42] - 1:2, 1:17, 2:5, 4:4, 4:17, 6:5, 6:22, 8:20, 10:6, 10:19, 10:21, 10:25, 11:5, 11:19, 13:9, 13:11, 14:19, 14:21, 15:23, 16:13, 16:18, 17:2, 17:7, 18:1, 18:4, 20:2, 20:13, 23:6, 24:4, 24:7, 24:9, 24:12, 24:16, 24:20, 24:22, 25:2, 26:1, 26:2, 26:11, 27:19, 29:3, 30:2
**FORCE** [1] - 4:22
**FOREGOING** [1] - 30:7
**FOREMOST** [1] - 27:14
**FORGETTING** [2] - 10:24, 25:24
**FORM** [2] - 10:6, 12:8
**FORTH** [1] - 24:6
**FORTHCOMING** [1] - 27:21
**FORWARD** [1] - 4:10
**FOUND** [2] - 10:4, 18:2
**FRAME** [1] - 18:7
**FRANKLY** [1] - 14:13
**FRIDAY** [1] - 10:1
**FROM** [9] - 4:25, 5:2, 8:17, 10:9, 10:11, 14:11, 14:12, 14:13,

15:4, 16:21, 19:7, 20:1, 20:10, 20:22, 23:17, 24:5, 25:23, 26:10, 26:12, 27:17, 29:13, 30:8
**FROZE** [1] - 22:15
**FULLY** [5] - 28:8, 28:20, 28:22, 29:8, 29:9
**FURTHER** [11] - 6:10, 6:20, 7:7, 15:14, 15:19, 16:16, 21:21, 21:25, 26:18, 29:11, 29:22
**FUTURE** [2] - 18:24, 20:3

## G

**GALLAGHER** [1] - 3:23
**GET** [7] - 3:25, 10:1, 12:9, 14:1, 19:2, 24:17, 24:18
**GETTING** [1] - 25:7
**GIVE** [1] - 3:25
**GIVEN** [2] - 15:17, 23:23
**GO** [4] - 4:10, 8:5, 13:8, 17:18
**GOING** [11] - 3:12, 4:3, 5:18, 11:19, 17:15, 19:2, 19:13, 22:8, 22:23, 27:16, 29:7
**GOOD** [18] - 3:1, 3:5, 3:7, 3:8, 4:8, 4:9, 4:19, 4:24, 5:4, 5:6, 5:12, 5:13, 5:14, 5:15, 5:17, 13:21, 13:22, 30:5
**GOVERNMENT** [21] - 1:17, 8:3, 14:19, 14:21, 15:19, 15:21, 16:21, 16:25, 17:1, 17:10, 18:9, 18:14, 19:7, 19:14, 19:23, 20:20, 21:24, 23:15, 24:11, 27:17, 29:13
**GOVERNMENT'S** [2] - 16:4, 16:14
**GRABS** [1] - 19:10
**GRAVE** [3] - 19:23, 24:25, 25:1
**GREAT** [3] - 15:22, 19:14, 23:5
**GUESS** [1] - 26:9

## H

**HAD** [8] - 7:1, 7:18, 9:7, 10:5, 14:12, 23:11, 27:8, 28:12
**HANDLING** [1] - 5:1
**HAPPEN** [1] - 3:12
**HAPPENED** [1] - 10:10
**HAPPENING** [1] - 10:25
**HAPPENS** [1] - 24:17
**HARD** [1] - 8:9
**HAS** [11] - 5:2, 6:1, 7:8, 7:9, 15:25, 18:9, 19:15, 20:2, 24:3, 24:8, 27:20
**HAVE** [59] - 3:9, 3:20, 5:23, 6:20, 7:1, 7:6, 7:12, 7:18, 7:19, 8:7, 8:8, 8:12, 9:11, 10:7, 10:8, 10:19, 11:4, 11:8, 11:11, 11:12, 11:16, 11:22, 11:24, 11:25, 12:7, 12:9, 12:17, 12:24, 13:13, 13:23, 14:2, 14:7, 14:13, 15:22, 16:2, 16:6, 18:5, 18:22, 19:20, 19:23, 20:12, 21:15, 21:21, 22:18, 24:11, 24:24, 24:25, 25:20, 25:24, 26:7, 26:18, 26:23, 27:14, 28:2
**HAVING** [2] - 9:12, 27:11
**HEALTH** [1] - 6:11
**HEAR** [14] - 9:19, 12:21, 12:24, 12:25, 13:5, 13:7, 16:21, 20:10, 22:7, 22:9, 22:11, 22:13, 23:1, 23:3
**HEARING** [13] - 5:1, 5:3, 5:20, 6:6, 6:8, 8:3, 17:10, 17:12, 17:24, 18:22, 25:14, 27:9, 30:6
**HEART** [4] - 8:8, 8:9, 9:12, 23:21
**HELD** [1] - 6:6
**HELLO** [1] - 23:1
**HELP** [1] - 22:17
**HER** [18] - 3:25, 5:10, 6:7, 6:22, 13:1, 13:2, 13:7, 15:5, 18:7, 20:14, 22:3, 23:10, 23:21, 24:13, 24:18, 24:22, 25:5

**HERE** [7] - 3:4, 8:7, 8:22, 16:1, 16:3, 16:17, 18:25
**HERSELF** [1] - 7:7
**HETZNECKER** [42] - 2:2, 3:11, 3:14, 4:5, 4:12, 5:6, 5:8, 5:22, 5:25, 6:24, 7:5, 7:9, 7:14, 7:23, 7:25, 10:15, 10:16, 12:19, 13:15, 14:4, 14:15, 15:6, 15:11, 15:13, 16:24, 17:12, 17:13, 17:20, 17:22, 18:20, 18:21, 20:11, 21:5, 21:9, 21:11, 21:21, 23:16, 24:14, 24:15, 27:20, 29:12, 29:23
**HIDE** [1] - 18:12
**HIPPA** [1] - 7:24
**HIS** [4] - 6:1, 15:6, 21:13, 21:15
**HOLD** [1] - 28:13
**HONOR** [55] - 3:1, 3:15, 4:5, 4:6, 4:12, 4:13, 4:19, 4:24, 5:7, 5:9, 5:17, 6:1, 6:24, 7:14, 7:25, 10:17, 12:19, 12:23, 13:15, 14:15, 15:13, 16:7, 16:22, 16:23, 17:7, 17:22, 17:23, 18:2, 18:4, 18:14, 18:19, 19:22, 20:14, 21:5, 21:13, 21:15, 21:22, 22:1, 22:14, 22:16, 23:6, 23:7, 24:5, 24:10, 25:18, 26:17, 26:24, 28:22, 29:1, 29:9, 29:12, 29:14, 29:21, 29:23, 29:24
**HONOR'S** [2] - 18:17, 23:13
**HONORABLE** [1] - 1:11
**HORMONAL** [3] - 11:10, 11:15, 12:6
**HORMONES** [1] - 11:10
**HOUSE** [1] - 25:7
**HOUSEHOLD** [3] - 13:24, 14:10, 14:11
**HOW** [4] - 8:18, 10:12, 11:19, 28:9

## I

**I'M** [17] - 3:4, 4:3, 5:2, 5:18, 9:19, 10:24, 11:5, 11:6, 11:19,

12:15, 12:24, 17:14, 19:2, 25:9, 26:24, 27:16, 27:24
**ICELAND** [8] - 25:17, 25:21, 25:23, 26:1, 26:2, 26:11, 26:12, 26:20
**ICELANDIC** [3] - 25:22, 25:23, 26:6
**IDENTIFY** [2] - 4:17, 13:10
**IF** [29] - 4:3, 6:25, 7:23, 7:25, 8:3, 8:4, 11:14, 12:24, 13:6, 14:7, 19:14, 20:13, 21:8, 21:15, 22:1, 22:4, 22:18, 22:22, 23:17, 25:6, 26:13, 26:19, 28:2, 28:7, 28:12, 28:15, 28:17, 29:8, 29:20
**ILLNESSES** [1] - 25:1
**IMEI** [1] - 17:25
**IMPACT** [1] - 15:15
**IMPOSE** [2] - 14:25, 28:25
**IMPOSED** [1] - 15:25
**IMPOSES** [1] - 21:15
**IN** [60] - 1:1, 3:15, 5:2, 5:23, 6:13, 6:16, 8:3, 8:8, 8:23, 8:24, 9:4, 10:8, 10:15, 10:25, 11:15, 12:18, 13:23, 14:8, 14:10, 14:11, 15:14, 15:23, 15:25, 16:2, 16:5, 16:9, 16:11, 16:13, 17:18, 18:6, 18:17, 18:23, 18:25, 19:3, 19:15, 19:18, 19:25, 21:12, 22:23, 23:12, 23:23, 24:3, 24:6, 24:17, 24:20, 25:5, 25:7, 25:14, 26:4, 26:12, 26:19, 27:25, 28:4, 28:14, 28:16, 29:6, 29:7, 29:18, 30:8
**INAPPROPRIATE** [1] - 28:10
**INCLUDE** [2] - 15:1, 15:2
**INCLUDING** [1] - 21:14
**INDEPENDENTLY** [1] - 3:19
**INDICATED** [1] - 27:20
**INDICATIONS** [1] - 23:25
**INDIVIDUAL'S** [1] - 19:19

**INFORMATION** [6] - 6:10, 19:8, 20:17, 26:8, 27:17, 27:22
**INITIAL** [5] - 23:12, 23:16, 24:19, 24:21
**INITIALLY** [1] - 19:12
**INQUIRE** [3] - 7:22, 26:21, 27:1
**INSPECTION** [1] - 20:8
**INSTANCE** [1] - 28:15
**INSTRUCTED** [1] - 13:25
**INTEREST** [1] - 19:25
**INTERESTS** [1] - 19:24
**INTERNATIONAL** [1] - 25:19
**INTERNET** [3] - 17:5, 18:11, 20:24
**INTERPRETATION** [1] - 26:7
**INTERRUPTING** [1] - 8:20
**INTO** [2] - 19:2, 27:23
**INVOLVED** [1] - 5:6
**IS** [82] - 3:12, 3:15, 3:19, 3:25, 4:3, 4:14, 4:16, 5:1, 7:9, 8:10, 9:10, 9:16, 10:9, 10:11, 10:25, 11:2, 12:14, 13:2, 13:6, 13:9, 13:12, 15:7, 15:14, 16:5, 16:8, 16:9, 16:10, 16:11, 16:15, 16:18, 16:23, 16:24, 17:1, 17:8, 17:18, 18:6, 18:15, 19:11, 19:14, 19:17, 19:22, 19:25, 20:2, 20:4, 20:9, 20:11, 20:13, 20:16, 20:18, 20:23, 21:2, 21:24, 22:23, 23:25, 24:11, 24:12, 24:17, 25:12, 25:24, 25:25, 26:4, 26:6, 26:9, 26:14, 26:19, 27:16, 27:22, 28:2, 28:7, 28:20, 29:2, 29:5, 29:6, 29:10, 29:22, 30:4, 30:7
**ISSUE** [6] - 9:12, 11:2, 11:10, 20:13, 20:19, 27:25
**ISSUED** [1] - 14:22
**ISSUES** [3] - 7:18, 7:22, 8:1
**IT** [35] - 3:13, 3:19, 3:24, 4:16, 9:24,

10:11, 10:15, 11:15, 11:16, 11:18, 12:11, 14:3, 14:12, 15:18, 17:24, 18:1, 18:6, 18:10, 19:11, 19:13, 20:11, 20:16, 20:21, 21:8, 23:17, 23:22, 24:3, 25:10, 26:9, 26:12, 28:2, 28:10, 28:17, 29:18
**IT'S** [7] - 8:9, 11:10, 11:19, 12:10, 20:3, 20:22
**ITSELF** [1] - 16:14

## J

**JAMES** [1] - 1:8
**JOE** [1] - 4:21
**JOINT** [3] - 14:5, 14:17, 14:23
**JOINTLY** [1] - 6:12
**JONES** [2] - 1:11, 3:22
**JUDGE** [4] - 3:4, 3:7, 13:22, 29:4
**JULY** [8] - 6:5, 8:23, 9:24, 10:4, 12:10, 24:3, 24:6
**JUNCTURE** [1] - 17:17
**JUNE** [5] - 8:22, 18:3, 23:18, 23:19, 24:1
**JUST** [12] - 3:23, 16:7, 21:15, 22:4, 22:5, 22:10, 22:21, 23:11, 24:15, 26:2, 26:25
**JUSTIFY** [1] - 28:24

## K

**KIND** [1] - 16:17
**KINDS** [1] - 15:25
**KNOCKED** [1] - 18:7
**KNOW** [10] - 3:15, 3:18, 11:17, 17:10, 18:6, 22:8, 26:16, 26:17, 26:23, 27:14
**KNOWLEDGE** [1] - 10:23

## L

**LACK** [1] - 25:1
**LAND** [1] - 13:23
**LANDLINE** [4] - 14:2, 14:9, 14:11, 14:13
**LAST** [10] - 5:3, 11:18, 17:3, 17:9, 17:11, 17:23, 18:22, 25:14, 27:16, 27:17
**LATER** [1] - 19:14

**LEAST** [2] - 24:1, 25:22
**LEGITIMATE** [1] - 19:17
**LESS** [2] - 20:12, 20:17
**LET** [6] - 8:12, 13:8, 14:20, 15:11, 20:10, 27:14
**LETTER** [3] - 6:21, 24:5, 25:9
**LIGHT** [1] - 3:17
**LIKE** [2] - 8:10, 16:11
**LIMITED** [2] - 23:23, 26:3
**LINE** [6] - 3:3, 3:6, 13:23, 22:23, 26:9, 27:22
**LIST** [1] - 6:12
**LISTED** [1] - 26:4
**LISTEN** [1] - 17:15
**LISTS** [1] - 25:25
**LOCATED** [1] - 20:7
**LODGED** [1] - 8:18
**LONG** [1] - 10:12
**LONGO** [14] - 5:13, 6:1, 13:12, 13:13, 13:17, 13:18, 13:21, 13:23, 20:13, 20:15, 20:19, 30:1, 30:3
**LOOKING** [1] - 29:3
**LOOKS** [1] - 23:17
**LORE** [4] - 1:6, 2:5, 4:15, 5:21
**LORE-ELISABETH** [3] - 1:6, 2:5, 5:21
**LOST** [1] - 13:7
**LOW** [1] - 10:8

# M

**MADAM** [1] - 13:10
**MADE** [6] - 9:1, 9:15, 14:12, 14:23, 16:2, 24:4, 25:15, 28:2
**MAGISTRATE** [1] - 4:16
**MAKE** [6] - 9:2, 9:14, 10:22, 15:10, 27:8, 29:18
**MANNER** [1] - 19:18
**MANY** [1] - 24:25
**MARKET** [1] - 1:21
**MATERIALS** [1] - 10:15
**MATTER** [6] - 4:14, 5:24, 21:7, 25:15, 30:4, 30:9
**MAY** [13] - 6:25, 7:12, 7:25, 16:21, 17:21,

19:6, 21:5, 22:1, 26:12, 26:21, 26:25, 27:21, 28:10
**ME** [25] - 4:21, 5:2, 5:9, 6:24, 8:12, 11:12, 11:14, 11:20, 11:25, 12:9, 12:22, 13:5, 13:7, 13:8, 15:11, 20:10, 21:3, 22:7, 22:9, 22:13, 22:21, 23:2, 27:12, 29:19
**MEAN** [2] - 19:13, 25:5
**MEDICAL** [18] - 6:21, 7:18, 7:22, 8:13, 8:19, 9:6, 9:20, 10:5, 10:9, 11:2, 22:3, 23:10, 24:2, 24:12, 24:17, 24:22, 25:5, 27:21
**MEDICATION** [6] - 11:11, 11:12, 11:24, 12:13, 12:14, 12:15
**MEDICATIONS** [2] - 11:25, 12:2
**MENTIONED** [1] - 16:7
**MICROPHONE** [2] - 12:3, 13:6
**MID** [1] - 12:9
**MIGHT** [1] - 7:22
**MILLIGRAM** [1] - 12:11
**MILLIGRAMS** [1] - 12:10
**MIND** [2] - 28:2, 29:2
**MINUTE** [1] - 22:18
**MINUTES** [2] - 4:1, 4:4
**MISS** [1] - 3:23
**MODIFY** [1] - 15:7
**MONDAY** [2] - 1:9, 9:25
**MONITORING** [1] - 19:7
**MORE** [2] - 14:13, 17:19
**MOREOVER** [1] - 17:9
**MORNING** [18] - 3:1, 3:5, 3:7, 3:8, 4:8, 4:9, 4:19, 4:24, 5:5, 5:6, 5:12, 5:13, 5:14, 5:15, 5:17, 5:20, 13:21, 13:22
**MOST** [1] - 17:7
**MOTHER** [4] - 5:10, 6:7, 13:9, 13:18
**MOTOR** [1] - 26:5
**MOVEMENT** [1] - 29:6
**MR** [56] - 3:11, 3:14, 4:5, 4:12, 4:24, 5:6, 5:14, 5:22, 5:25, 6:2,

6:24, 7:5, 7:9, 7:14, 7:23, 7:25, 10:15, 10:16, 12:19, 12:20, 12:21, 12:23, 13:15, 14:4, 14:6, 14:15, 15:6, 15:11, 15:13, 16:24, 17:12, 17:13, 17:20, 17:22, 18:20, 18:21, 20:11, 21:5, 21:9, 21:11, 21:21, 22:17, 22:18, 22:22, 23:16, 24:14, 24:15, 25:14, 25:18, 26:16, 26:23, 27:2, 27:18, 27:20, 29:12, 29:23
**MS** [64] - 3:2, 3:5, 3:7, 3:16, 4:6, 4:13, 4:19, 5:1, 5:9, 5:13, 5:16, 5:19, 5:21, 6:1, 7:7, 7:11, 7:18, 8:1, 12:20, 12:21, 12:25, 13:4, 13:9, 13:12, 13:13, 13:16, 13:17, 13:21, 13:23, 14:6, 16:22, 17:11, 18:1, 19:3, 19:12, 20:13, 20:15, 20:19, 20:21, 21:2, 21:12, 22:1, 22:3, 22:6, 22:9, 22:13, 22:16, 23:1, 23:5, 23:9, 23:10, 23:15, 23:17, 23:21, 24:1, 24:7, 24:11, 27:6, 27:18, 29:13, 29:21, 29:24, 30:1, 30:3
**MUCH** [4] - 5:4, 6:4, 27:4, 30:2
**MULTIPLE** [1] - 9:2
**MUTED** [2] - 13:3, 13:6
**MY** [47] - 3:15, 5:18, 8:8, 8:9, 8:20, 9:10, 10:2, 10:4, 10:8, 10:25, 11:3, 11:10, 11:23, 12:12, 13:8, 13:12, 14:9, 15:13, 15:14, 15:16, 15:21, 16:5, 16:8, 16:10, 16:18, 19:3, 19:4, 19:14, 19:16, 19:25, 20:4, 20:14, 21:5, 22:2, 23:9, 24:24, 25:19, 28:2, 28:9, 29:18

# N

**NAME** [1] - 13:12
**NATURE** [1] - 15:17
**NECESSARILY** [1] -

28:3
**NECESSITY** [1] - 16:15
**NECK** [2] - 10:2, 10:8
**NEED** [4] - 11:13, 14:1, 16:4, 16:14
**NEEDED** [1] - 23:8
**NEXT** [2] - 13:8, 29:19
**NO** [17] - 8:16, 11:25, 12:19, 12:24, 16:6, 17:19, 21:21, 23:8, 23:25, 24:8, 28:23, 29:2, 29:5, 29:6, 29:12, 29:23, 29:24
**NON** [1] - 25:23
**NON-ICELANDIC** [1] - 25:23
**NOT** [57] - 3:13, 3:15, 3:21, 5:25, 6:20, 7:1, 8:3, 9:4, 9:6, 9:11, 9:19, 10:5, 10:15, 11:13, 11:16, 11:17, 11:19, 12:3, 12:8, 12:24, 12:25, 13:15, 14:11, 15:1, 15:15, 16:25, 17:1, 17:10, 17:14, 18:2, 18:5, 18:11, 18:15, 18:25, 19:1, 19:2, 19:3, 19:7, 19:11, 19:13, 20:3, 22:11, 23:20, 25:3, 25:5, 25:9, 26:2, 26:13, 27:14, 28:2, 28:3, 28:18, 28:19, 29:13, 29:20
**NOTE** [2] - 14:4, 23:22
**NOTES** [1] - 24:16
**NOTIFIED** [1] - 3:21
**NOVO** [1] - 6:6
**NOW** [18] - 3:25, 10:25, 11:24, 12:3, 12:10, 12:13, 12:15, 13:7, 14:3, 15:9, 20:2, 20:6, 22:13, 23:2, 26:5, 27:6, 27:16, 29:4
**NUMBER** [9] - 1:3, 4:16, 14:5, 14:18, 14:23, 15:8, 15:11, 17:25, 26:3
**NURSE** [3] - 8:23, 8:25, 9:25
**NURSES** [1] - 9:8

# O

**OATH** [4] - 5:19, 7:8, 13:14, 13:17
**OBJECT** [2] - 7:10, 17:13

28:3
**OBJECTION** [2] - 15:14, 16:18
**OBJECTIONS** [3] - 16:2, 16:3, 21:4
**OBVIOUSLY** [1] - 16:18
**OCCASIONS** [1] - 26:24
**OCTOBER** [1] - 11:23
**OF** [76] - 1:2, 1:3, 4:14, 4:15, 4:22, 4:23, 5:8, 6:1, 6:5, 6:8, 6:12, 6:16, 7:7, 7:10, 8:25, 9:4, 9:11, 9:16, 10:2, 10:7, 10:19, 10:21, 10:22, 11:15, 12:8, 12:10, 14:1, 15:1, 15:17, 15:25, 16:9, 16:15, 16:17, 16:23, 17:1, 17:6, 17:8, 18:3, 18:12, 18:18, 18:21, 19:12, 20:6, 20:7, 21:17, 22:2, 23:10, 23:12, 23:17, 23:21, 23:22, 23:25, 24:2, 24:16, 24:24, 24:25, 25:1, 25:11, 25:19, 26:3, 26:4, 26:5, 26:7, 27:13, 27:23, 27:24, 27:25, 28:7, 28:17, 28:24, 29:25, 30:8
**OFF** [1] - 28:16
**OFFENSE** [2] - 16:10, 26:14
**OFFERED** [1] - 11:19
**OFFICE** [4] - 4:20, 4:25, 25:19
**OFFICER** [1] - 4:22
**OFFICERS** [2] - 18:23, 24:16
**OFFICIAL** [2] - 1:20, 30:13
**OKAY** [2] - 22:25, 23:15
**OLD** [1] - 18:2
**OLDER** [1] - 17:24
**ON** [34] - 3:2, 3:6, 3:17, 5:2, 5:3, 5:8, 6:5, 6:17, 6:25, 8:22, 8:23, 9:16, 10:3, 12:2, 15:15, 16:15, 16:17, 17:10, 18:5, 18:7, 18:10, 19:14, 19:21, 20:10, 20:24, 22:8, 22:22, 23:18, 25:12, 25:18, 28:11, 28:16, 29:7
**ONCE** [1] - 14:14

**ONE** [10] - 12:11, 13:25, 17:8, 21:17, 22:18, 22:21, 24:20, 26:4, 28:17, 29:5
**ONES** [1] - 21:14
**ONGOING** [1] - 20:3
**ONLINE** [1] - 5:11
**ONLY** [3] - 12:14, 15:1, 15:15
**OPERATIVE** [1] - 15:23
**OPPORTUNITY** [1] - 18:22
**OPPOSES** [1] - 14:19
**OR** [25] - 6:1, 6:9, 8:18, 8:24, 9:3, 9:11, 9:24, 10:9, 10:20, 12:20, 12:25, 15:3, 15:6, 16:15, 18:10, 19:3, 19:12, 20:24, 25:11, 25:16, 27:18, 28:4, 28:24, 29:6
**ORDERS** [2] - 21:18, 28:9
**OTHER** [9] - 6:21, 11:2, 11:21, 17:2, 20:6, 23:25, 24:4, 27:24, 28:7
**OTHERS** [1] - 26:6
**OUR** [3] - 9:7, 20:22, 25:19
**OUT** [5] - 10:4, 22:2, 22:5, 23:9, 25:6
**OVER** [4] - 12:12, 19:3, 19:18, 19:23
**OVER-WRAPPING** [1] - 19:23

## P

**P.M** [1] - 30:6
**PA** [3] - 1:16, 1:21, 2:4
**PAIN** [2] - 8:8, 10:8
**PAINFUL** [1] - 11:17
**PAPER** [2] - 9:16, 9:17
**PARTICIPATE** [1] - 29:6
**PARTICIPATING** [1] - 30:1
**PARTICIPATION** [1] - 30:2
**PARTICULAR** [4] - 6:20, 7:12, 10:9, 19:19
**PARTICULARLY** [2] - 26:17, 26:18
**PASSING** [1] - 24:16
**PASSWORD** [2] - 20:9, 20:16
**PAST** [3] - 11:5, 11:9,

20:2
**PAUL** [2] - 2:2, 5:8
**PENNSYLVANIA** [1] - 1:2
**PEOPLE** [1] - 28:11
**PER** [1] - 11:23
**PERFORMED** [1] - 6:17
**PERMANENT** [1] - 28:3
**PERMISSION** [1] - 23:13
**PERMITS** [1] - 7:23
**PERRICONE** [15] - 1:15, 4:24, 4:25, 12:20, 12:21, 12:23, 14:6, 22:17, 22:22, 25:14, 25:18, 26:16, 26:23, 27:2, 27:18
**PERSON** [2] - 8:19, 9:6
**PHILADELPHIA** [3] - 1:16, 1:21, 2:4
**PHONE** [15] - 14:2, 14:12, 17:11, 17:14, 17:25, 18:2, 18:3, 18:5, 18:8, 18:10, 18:19, 19:4, 19:9, 30:1
**PIECES** [1] - 9:16
**PLACE** [1] - 5:18
**PLACED** [3] - 7:8, 13:14, 20:24
**PLAINTIFF** [1] - 1:4
**PLEASE** [6] - 4:18, 5:20, 13:11, 13:17, 16:21, 25:17
**POINT** [3] - 9:10, 10:4, 17:16
**POLICY** [1] - 25:16
**POLITICAL** [2] - 26:14, 27:19
**POSITION** [1] - 26:20
**POSSIBLE** [1] - 4:3
**POSSIBLY** [2] - 6:18, 26:10
**POTENTIAL** [2] - 15:3, 27:19
**PRECLUDED** [1] - 15:4
**PREDICATED** [1] - 16:15
**PREPARED** [1] - 4:10
**PRESCRIBED** [3] - 12:2, 12:8, 12:9
**PRESCRIPTION** [1] - 23:22
**PRESENT** [4] - 4:21, 5:11, 6:6, 6:7
**PRESENTED** [1] -

17:19
**PRESUMABLY** [1] - 28:5
**PRETRIAL** [5] - 15:25, 19:6, 19:24, 20:17, 20:23
**PRISON** [3] - 3:20, 3:23, 19:8
**PRIVATELY** [1] - 8:4
**PROBLEM** [2] - 16:6, 22:24
**PROCEDURE** [1] - 6:19
**PROCEEDINGS** [2] - 1:23, 30:8
**PRODUCED** [1] - 1:24
**PROFESSIONAL** [1] - 9:21
**PROHIBITED** [1] - 15:2
**PROMPTLY** [2] - 8:15, 8:17
**PROPOSED** [3] - 6:12, 6:22, 16:2
**PROTECTED** [2] - 20:9, 20:16
**PROTESTERS** [1] - 16:9
**PROVIDE** [3] - 6:9, 20:16, 24:22
**PROVIDED** [1] - 25:12
**PSYCHOLOGIST** [1] - 9:7
**PTSD** [1] - 11:22
**PUT** [4] - 9:16, 18:16, 28:16, 29:7

## Q

**QUARANTINE** [1] - 9:5
**QUESTION** [7] - 7:12, 8:5, 8:6, 13:8, 14:9, 21:6, 22:11
**QUESTIONS** [7] - 5:2, 6:1, 7:7, 7:10, 12:18, 12:24, 21:22
**QUICKLY** [1] - 8:18

## R

**RACING** [1] - 8:8
**RADIOLOGIST** [1] - 10:24
**RAY** [2] - 10:1, 10:21
**RAYS** [3] - 10:1, 10:7, 10:20
**REAL** [1] - 18:9
**REALITY** [1] - 26:12
**REASON** [4] - 3:20,

16:16, 16:18, 17:2
**REASONS** [2] - 18:4, 28:23
**RECEIVE** [3] - 6:15, 11:13, 24:5
**RECEIVED** [7] - 3:24, 6:20, 7:1, 10:20, 11:16, 23:16
**RECENTLY** [1] - 18:3
**RECESS** [1] - 4:3
**RECOGNIZE** [1] - 14:18
**RECONSIDER** [1] - 28:4
**RECORD** [11] - 4:18, 6:5, 7:4, 13:11, 14:19, 17:18, 20:8, 25:16, 29:3, 29:16, 30:8
**RECORDED** [1] - 1:23
**RECORDS** [10] - 6:25, 10:5, 18:1, 19:9, 19:10, 19:25, 23:12, 23:17, 23:20
**REFERENCE** [2] - 14:23, 25:15
**REFERENCED** [1] - 10:14
**REFERRING** [1] - 14:5
**REFLECT** [2] - 7:4, 23:20
**REFUSE** [1] - 11:18
**REGARD** [1] - 12:18
**REGARDING** [11] - 6:10, 6:21, 14:9, 14:17, 14:22, 15:21, 18:23, 25:16, 27:9, 27:15, 27:18
**REGULAR** [1] - 12:3
**REGULATE** [1] - 11:10
**REINCARCERATED** [1] - 28:19
**REINITZ** [29] - 1:14, 4:6, 4:13, 4:19, 4:20, 5:1, 12:20, 12:21, 12:25, 13:4, 14:6, 16:22, 19:3, 19:12, 20:21, 22:1, 22:6, 22:9, 22:13, 22:16, 22:18, 23:1, 23:5, 23:9, 23:15, 27:18, 29:13, 29:21, 29:24
**REITERATE** [2] - 16:3, 25:17
**RELATIVE** [1] - 14:22
**RELEASE** [8] - 6:13, 6:23, 14:19, 20:14, 21:13, 21:19, 28:15, 29:8

**RELEASED** [5] - 10:6, 14:7, 16:12, 28:8, 28:11
**REMEMBER** [1] - 10:13
**REPORT** [2] - 6:16, 14:8
**REPORTER** [2] - 1:20, 30:13
**REPORTS** [1] - 6:21
**REPRESENTATIVE** [1] - 15:6
**REQUEST** [5] - 8:18, 8:25, 9:10, 9:14, 11:14
**REQUESTS** [4] - 9:2, 9:15, 24:1, 24:4
**REQUIRE** [1] - 6:18
**REQUIRED** [2] - 27:23, 27:25
**RESIDENCE** [2] - 20:7, 20:15
**RESOLVE** [1] - 22:24
**RESPECT** [1] - 21:18
**RESPECTFULLY** [1] - 24:10
**RESPONSE** [3] - 18:17, 18:18
**RESPONSIBLE** [1] - 28:13
**RESTRICTION** [3] - 15:15, 15:18, 19:22
**RESTRICTIONS** [5] - 16:1, 16:7, 16:17, 20:24, 25:7
**RESTRICTIVE** [1] - 17:7
**RESULT** [2] - 8:25, 9:11
**RESULTS** [2] - 10:20, 10:21
**RETURNED** [1] - 10:5
**REVIEW** [2] - 29:15, 29:18
**RIGHT** [17] - 4:2, 6:3, 7:3, 7:9, 7:16, 11:1, 12:15, 12:16, 16:20, 18:20, 20:5, 21:1, 21:24, 24:14, 25:13, 29:4, 29:10
**ROOM** [2] - 1:20, 9:3
**RPR** [1] - 1:19

## S

**SAID** [5] - 3:23, 3:24, 18:21, 19:15, 26:25
**SAME** [2] - 20:12, 20:21
**SAW** [2] - 10:3, 24:5

**SAY** [7] - 4:4, 8:17, 19:5, 20:15, 24:22, 25:3, 28:10
**SAYING** [2] - 25:4, 29:2
**SAYS** [3] - 24:21, 25:9, 25:10
**SCHEDULE** [1] - 3:24
**SCREENING** [3] - 24:19, 24:20, 24:21
**SEARCH** [1] - 18:24
**SECOND** [3] - 22:10, 22:21, 28:18
**SEE** [8] - 8:25, 9:4, 9:11, 13:1, 13:2, 16:16, 27:12
**SEEN** [8] - 8:19, 8:22, 9:18, 9:20, 10:1, 23:12, 24:4, 24:24
**SENT** [1] - 23:16
**SEPARATE** [1] - 20:1
**SERIOUS** [1] - 29:5
**SERIOUSLY** [1] - 28:9
**SERVICE** [1] - 15:25
**SERVICES** [3] - 19:6, 19:24, 20:17
**SET** [3] - 3:19, 24:6
**SHABAZZ** [3] - 3:2, 3:16, 13:16
**SHALL** [2] - 7:4, 20:8
**SHARING** [1] - 8:2
**SHARP** [1] - 8:8
**SHE** [20] - 3:23, 3:24, 6:18, 7:1, 7:8, 7:11, 17:14, 18:3, 18:8, 18:10, 18:11, 18:12, 18:16, 20:2, 23:18, 24:3, 24:4, 24:7, 25:6
**SHED** [1] - 3:16
**SHINGLES** [1] - 12:7
**SHOT** [1] - 11:15
**SHOULD** [1] - 16:16
**SHU** [2] - 8:24, 24:18
**SIDE** [1] - 28:7
**SIGNED** [1] - 10:6
**SIGNING** [1] - 28:16
**SIMPLY** [1] - 15:19
**SINCE** [3] - 7:19, 8:7, 11:23
**SINCLAIR** [1] - 4:22
**SINGLE** [1] - 21:14
**SIR** [3] - 13:25, 27:2, 30:3
**SO** [25] - 3:11, 3:14, 3:20, 3:24, 7:4, 10:16, 11:18, 12:7, 14:1, 14:10, 15:6, 15:22, 18:4, 18:9, 19:2, 19:6, 19:11,

19:20, 20:4, 20:17, 23:15, 24:10, 24:18, 25:9, 26:1
**SOME** [4] - 3:17, 7:6, 23:12, 23:22
**SOMEBODY** [3] - 26:10, 26:11, 28:12
**SOMETHING** [1] - 10:10
**SOMETIMES** [2] - 8:9, 9:15
**SOONER** [1] - 29:20
**SORES** [1] - 12:12
**SORRY** [5] - 9:19, 10:2, 11:5, 11:6, 26:24
**SOUGHT** [1] - 8:12
**SPEAK** [5] - 7:11, 8:4, 8:9, 18:5, 27:13
**SPEAKING** [1] - 22:3
**SPECIAL** [1] - 4:21
**SPECIFIC** [3] - 9:1, 9:10, 14:22
**SPECIFICALLY** [2] - 27:1, 27:18
**SPINE** [4] - 10:2, 10:7, 10:25
**STAND** [1] - 17:15
**STANDARD** [1] - 20:23
**START** [2] - 22:6, 23:18
**STATE** [1] - 14:18
**STATED** [1] - 24:3
**STATES** [7] - 1:1, 1:3, 1:15, 4:15, 20:6, 25:20, 26:11
**STENOTYPE** [1] - 1:23
**STENOTYPE-COMPUTER** [1] - 1:23
**STILL** [3] - 6:9, 7:1, 22:22
**STOP** [1] - 19:7
**STREET** [4] - 1:16, 1:21, 2:3, 25:12
**STUDY** [1] - 6:17
**SUBJECT** [3] - 7:9, 20:8, 21:3
**SUBMISSION** [3] - 14:5, 14:17, 14:23
**SUBMIT** [1] - 6:12
**SUBMITTED** [2] - 6:22, 29:17
**SUBPOENA** [1] - 19:10
**SUBSCRIPTION** [1] - 18:1
**SUBSEQUENT** [2] -

17:23, 28:4
**SUBSTANTIAL** [1] - 19:1
**SUCH** [2] - 15:24, 16:24
**SUFFERED** [1] - 24:25
**SUITE** [2] - 1:16, 2:3
**SUPPLY** [1] - 29:19
**SUPPORTED** [1] - 19:1
**SUPPOSE** [1] - 9:9
**SURE** [4] - 11:19, 12:24, 21:7, 27:8
**SURPRISED** [1] - 25:9
**SURVEIL** [1] - 16:5, 17:2
**SURVEILLANCE** [6] - 15:19, 15:20, 16:8, 16:9, 16:25
**SUZANNE** [2] - 1:19, 30:12
**SYSTEM** [1] - 16:12

## T

**TAKE** [6] - 11:7, 12:7, 12:10, 22:20, 27:23, 28:9
**TAKEN** [2] - 4:7, 9:8
**TAKES** [1] - 26:20
**TAKING** [4] - 12:2, 12:3, 12:13, 12:15
**TASK** [1] - 4:22
**TECH** [2] - 3:22, 10:1
**TECHNICAL** [1] - 23:6
**TECHNICIAN** [2] - 3:22, 22:25
**TECHNICIANS** [1] - 3:20
**TELEPHONE** [3] - 1:8, 6:7, 13:23
**TELL** [1] - 28:11
**TEMPERATURES** [1] - 9:8
**TEN** [1] - 4:4
**TERM** [2] - 10:24, 25:25
**TESTIFYING** [2] - 5:20, 5:23
**THAN** [4] - 6:21, 14:13, 17:3, 17:19
**THANK** [21] - 4:6, 5:4, 6:3, 7:3, 7:5, 7:14, 8:21, 16:20, 17:20, 17:22, 21:1, 21:9, 21:23, 23:5, 25:12, 25:13, 27:3, 27:4, 27:10, 30:1, 30:3
**THAT** [175] - 3:12, 3:15, 3:17, 3:21,

3:24, 4:3, 5:18, 5:23, 6:13, 6:19, 6:25, 7:12, 8:4, 8:5, 8:17, 9:1, 9:3, 9:12, 9:14, 9:16, 9:23, 9:25, 10:4, 10:9, 10:10, 10:12, 10:14, 11:2, 11:4, 11:8, 11:11, 11:13, 11:14, 11:22, 11:24, 12:3, 12:10, 12:13, 12:14, 12:15, 12:18, 13:25, 14:1, 14:4, 14:6, 14:7, 14:11, 14:13, 14:19, 14:20, 14:21, 14:22, 14:25, 15:2, 15:4, 15:7, 15:14, 15:17, 15:18, 15:22, 15:23, 15:24, 16:1, 16:4, 16:7, 16:11, 16:12, 16:17, 17:6, 17:8, 17:11, 17:13, 17:14, 17:15, 17:19, 17:24, 18:2, 18:3, 18:6, 18:8, 18:10, 18:11, 18:14, 18:25, 19:1, 19:2, 19:4, 19:6, 19:8, 19:11, 19:15, 19:17, 19:19, 19:20, 20:4, 20:10, 20:12, 20:13, 20:16, 20:18, 20:19, 20:23, 21:2, 21:8, 21:10, 21:12, 21:15, 21:18, 22:10, 22:11, 22:19, 22:23, 23:23, 24:3, 24:4, 24:6, 24:7, 24:11, 24:20, 24:21, 24:22, 24:23, 24:25, 25:4, 25:5, 25:9, 25:10, 25:11, 25:17, 25:24, 25:25, 26:7, 26:9, 26:14, 26:16, 26:17, 26:19, 26:20, 27:1, 27:2, 27:8, 27:21, 27:24, 28:1, 28:2, 28:15, 28:21, 28:25, 29:6, 29:7, 29:8, 29:9, 29:16, 30:7
**THAT'S** [1] - 12:1
**THE** [295] - 1:1, 1:2, 1:11, 1:17, 3:1, 3:2, 3:3, 3:5, 3:6, 3:8, 3:9, 3:12, 3:16, 3:19, 3:20, 3:23, 3:25, 4:2, 4:8, 4:10, 4:14, 4:18, 4:20, 4:22, 4:23, 4:25, 5:1, 5:2, 5:3, 5:4, 5:12, 5:15, 5:17, 5:20, 6:3, 6:5, 6:6, 6:8, 6:10, 6:12, 6:13,

6:14, 6:15, 6:17, 6:19, 6:21, 7:1, 7:3, 7:6, 7:9, 7:10, 7:16, 7:17, 7:19, 8:2, 8:7, 8:8, 8:11, 8:17, 8:18, 8:24, 8:25, 9:2, 9:3, 9:8, 9:15, 9:16, 9:17, 9:24, 9:25, 10:1, 10:2, 10:3, 10:14, 10:15, 10:18, 10:20, 10:21, 10:22, 10:24, 11:5, 11:9, 11:15, 11:17, 11:18, 12:6, 12:9, 12:14, 12:17, 12:20, 13:2, 13:11, 13:13, 13:16, 13:17, 13:20, 14:1, 14:4, 14:7, 14:9, 14:10, 14:11, 14:17, 14:19, 14:21, 14:22, 15:1, 15:5, 15:14, 15:17, 15:19, 15:21, 15:23, 15:24, 16:2, 16:4, 16:6, 16:11, 16:14, 16:15, 16:18, 16:19, 16:20, 16:21, 16:25, 17:1, 17:2, 17:3, 17:5, 17:7, 17:9, 17:10, 17:11, 17:14, 17:17, 17:18, 17:21, 17:23, 17:25, 18:3, 18:5, 18:6, 18:9, 18:10, 18:11, 18:12, 18:14, 18:18, 18:19, 18:20, 18:22, 18:23, 19:3, 19:4, 19:6, 19:7, 19:10, 19:11, 19:12, 19:14, 19:15, 19:17, 19:18, 19:21, 19:23, 19:25, 20:1, 20:5, 20:7, 20:8, 20:11, 20:20, 20:21, 21:1, 21:7, 21:12, 21:14, 21:17, 21:23, 22:2, 22:5, 22:8, 22:10, 22:15, 22:17, 22:20, 22:23, 22:24, 23:3, 23:6, 23:8, 23:9, 23:12, 23:14, 23:15, 23:20, 24:5, 24:6, 24:9, 24:10, 24:12, 24:14, 24:15, 24:16, 24:17, 24:18, 24:20, 24:21, 25:1, 25:2, 25:4, 25:7, 25:9, 25:10, 25:11, 25:12, 25:13, 25:14, 25:15, 25:20, 25:24, 25:25, 26:4, 26:7, 26:9, 26:11, 26:13, 26:18, 26:21, 26:25,

27:4, 27:5, 27:11, 27:13, 27:16, 27:17, 27:18, 27:22, 27:24, 28:4, 28:5, 28:7, 28:20, 29:3, 29:10, 29:13, 29:15, 29:17, 29:19, 29:22, 29:25, 30:4, 30:7, 30:8

**THEIR** [2] - 19:24, 19:25

**THEM** [6] - 7:23, 10:6, 17:8, 24:25, 25:3, 28:13

**THEN** [6] - 8:3, 8:5, 10:3, 19:16, 20:15, 24:20

**THEORETICALLY** [2] - 25:22, 26:10

**THERE** [20] - 11:2, 13:1, 16:16, 19:17, 20:24, 21:2, 21:24, 23:25, 24:19, 24:23, 26:19, 26:23, 27:21, 28:10, 28:18, 28:23, 29:2, 29:5, 29:10, 29:22

**THESE** [3] - 18:17, 18:23, 24:4

**THEY** [22] - 3:21, 5:10, 7:23, 16:1, 19:8, 19:10, 19:13, 19:24, 23:18, 24:7, 24:8, 24:21, 24:22, 24:24, 25:4, 25:6, 25:10, 26:13, 28:12

**THING** [1] - 27:16

**THINGS** [1] - 14:1

**THINK** [14] - 3:21, 8:24, 9:24, 15:17, 16:1, 16:4, 18:24, 19:5, 20:13, 20:18, 22:2, 22:12, 23:3, 24:23

**THINKS** [1] - 19:22

**THIRD** [1] - 28:6

**THIS** [38] - 3:19, 3:21, 4:11, 4:14, 5:20, 5:23, 5:25, 6:5, 6:10, 7:6, 7:8, 8:3, 8:10, 8:12, 9:10, 13:8, 16:6, 16:9, 17:5, 17:8, 17:15, 17:17, 17:24, 18:4, 18:15, 18:16, 19:14, 21:18, 24:13, 25:15, 27:8, 27:15, 27:25, 28:7, 28:14, 29:2, 29:16, 30:4

**THOMAS** [2] - 1:15, 4:25

**THOSE** [18] - 7:1, 7:22, 8:1, 8:2, 10:19, 12:5, 15:25, 16:2, 16:3, 16:13, 16:15, 17:6, 18:4, 21:16, 26:1, 27:23, 28:17, 29:25

**THREATENED** [1] - 28:12

**THREE** [3] - 11:5, 11:9, 29:20

**THROUGH** [6] - 9:8, 9:17, 15:5, 19:24, 23:19, 24:1

**THROUGHOUT** [1] - 24:23

**TIME** [15] - 4:11, 5:25, 7:6, 8:17, 11:7, 17:3, 18:6, 18:11, 19:11, 20:23, 22:20, 23:24, 24:13, 28:4, 28:11

**TO** [141] - 3:12, 3:21, 3:25, 4:3, 4:10, 5:18, 6:9, 6:12, 6:13, 7:9, 7:10, 7:23, 8:3, 8:4, 8:9, 8:15, 9:4, 9:11, 9:16, 10:1, 10:5, 10:6, 10:22, 11:3, 11:9, 11:13, 11:14, 11:17, 11:19, 12:9, 12:11, 13:8, 13:17, 13:25, 14:1, 14:2, 14:5, 14:7, 14:8, 14:12, 14:13, 14:23, 14:24, 15:7, 15:10, 15:11, 15:16, 16:4, 16:18, 17:2, 17:4, 17:13, 17:15, 17:23, 18:5, 18:6, 18:11, 18:17, 18:18, 18:22, 18:25, 19:2, 19:8, 19:13, 19:19, 19:21, 20:8, 20:14, 20:17, 20:19, 21:3, 21:13, 21:18, 22:7, 22:18, 22:23, 22:24, 23:1, 23:11, 23:16, 24:7, 24:8, 24:12, 24:16, 24:18, 25:2, 25:3, 25:15, 25:21, 25:23, 26:10, 26:11, 26:19, 26:21, 26:25, 27:8, 27:11, 27:12, 27:13, 27:15, 27:16, 27:24, 27:25, 28:1, 28:5, 28:8, 28:10, 28:14, 28:17, 29:7, 29:17, 29:19, 29:25, 30:1

**TODAY** [1] - 5:10

**TOLD** [3] - 9:3, 9:16,

11:13

**TOOK** [1] - 18:11

**TOTALLY** [1] - 14:20

**TOUCH** [1] - 28:19

**TRANSCRIBED** [1] - 29:17

**TRANSCRIPT** [3] - 1:24, 29:16, 30:8

**TRANSCRIPTION** [1] - 1:24

**TREAT** [1] - 25:2

**TREATED** [2] - 10:19, 11:8

**TREATING** [2] - 11:5, 11:23

**TREATMENT** [5] - 23:17, 24:17, 24:22, 25:2, 25:11

**TREATY** [7] - 25:16, 25:17, 25:21, 25:24, 25:25, 26:4

**TRY** [4] - 8:3, 19:13, 22:24, 24:16

**TRYING** [2] - 3:25, 19:7

**TWICE** [1] - 12:11

**TYPICAL** [1] - 18:15

---

## U

**U.S** [3] - 1:8, 4:20, 4:25

**ULTIMATELY** [2] - 9:18, 9:20

**UNABLE** [2] - 24:8, 25:21

**UNDER** [7] - 5:19, 7:8, 13:14, 16:12, 21:13, 25:7, 26:6

**UNDERSTAND** [11] - 15:23, 21:12, 28:1, 28:8, 28:14, 28:20, 28:22, 28:25, 29:1, 29:8, 29:9

**UNDERSTANDING** [1] - 20:22

**UNDERSTOOD** [1] - 14:15

**UNFORTUNATELY** [1] - 24:18

**UNITED** [6] - 1:1, 1:3, 1:15, 4:15, 25:20, 26:11

**UNLESS** [1] - 5:25

**UNNECESSARY** [2] - 15:20, 16:5

**UNTIL** [1] - 28:20

**UNWARRANTED** [2] - 15:20, 16:9

**UP** [8] - 3:19, 12:11,

17:3, 17:6, 17:12, 19:2, 28:2

**US** [2] - 5:9, 20:22

**USE** [2] - 15:7, 16:15

**USING** [1] - 18:3

**UTILIZED** [2] - 18:16, 19:15

---

## V

**VALACYCLOVIR** [1] - 12:7

**VEHICLE** [1] - 26:5

**VERIZON** [1] - 18:1

**VERSUS** [2] - 1:5, 4:15

**VERY** [8] - 4:5, 5:4, 6:3, 11:17, 26:12, 27:4, 29:5, 30:1

**VIA** [2] - 1:8, 14:12

**VIDEO** [6] - 6:7, 13:7, 22:2, 27:8, 27:11, 27:13

**VIOLATE** [3] - 7:24, 28:17, 29:7

**VIOLATION** [1] - 28:24

---

## W

**WAITING** [1] - 6:25

**WALKED** [1] - 9:3

**WALNUT** [1] - 2:3

**WANT** [6] - 26:21, 26:25, 27:15, 28:1, 28:8, 28:14

**WANTED** [3] - 23:11, 27:8, 27:13

**WARRANTED** [1] - 16:1

**WAS** [50] - 3:24, 6:6, 6:7, 6:19, 8:22, 9:3, 9:16, 9:23, 9:24, 10:1, 10:12, 10:14, 10:15, 11:12, 11:19, 11:25, 12:8, 12:9, 13:25, 14:7, 14:9, 17:5, 17:6, 17:9, 17:10, 17:19, 17:24, 17:25, 18:2, 18:3, 18:5, 18:8, 18:10, 18:12, 18:15, 18:24, 19:15, 19:18, 23:18, 24:3, 24:4, 24:19, 25:6, 28:11

**WAY** [4] - 18:23, 21:8, 27:13, 29:7

**WE** [16] - 3:9, 4:10, 6:25, 8:3, 9:7, 17:17, 18:5, 18:16, 18:24, 19:20, 23:4, 24:5,

25:21, 25:22, 25:24, 26:7

**WEAKENED** [2] - 19:16, 19:17

**WEARING** [1] - 18:12

**WEEKS** [1] - 29:20

**WELL** [15] - 4:5, 5:19, 6:11, 10:22, 11:16, 13:7, 14:6, 14:21, 15:4, 16:23, 16:24, 20:11, 24:22, 27:24, 29:3

**WERE** [12] - 3:21, 6:13, 7:22, 8:15, 8:18, 9:12, 9:18, 9:20, 11:14, 12:2, 17:8, 28:17

**WHAT** [18] - 7:22, 9:16, 10:25, 12:5, 17:3, 17:10, 17:18, 18:5, 18:10, 18:12, 19:5, 19:21, 23:11, 24:17, 25:10, 25:24, 27:14, 29:19

**WHAT'S** [1] - 22:8

**WHEN** [11] - 3:18, 8:9, 8:17, 9:14, 9:23, 11:18, 18:7, 18:16, 23:18, 28:11

**WHERE** [5] - 15:23, 16:14, 17:24, 18:15, 24:24

**WHETHER** [3] - 9:10, 19:3, 26:5

**WHICH** [13] - 6:17, 10:4, 11:16, 12:8, 18:23, 19:18, 19:24, 20:2, 24:6, 24:8, 26:1, 28:23

**WHILE** [2] - 24:10, 28:1

**WHITE** [2] - 1:19, 30:12

**WHO** [4] - 5:19, 9:2, 16:10, 19:25

**WHY** [2] - 10:7, 16:16

**WILL** [21] - 4:17, 5:20, 5:23, 13:4, 13:16, 14:20, 15:9, 17:18, 18:22, 19:5, 19:21, 21:13, 21:17, 26:1, 26:2, 26:13, 27:2, 27:22, 29:15, 29:16, 29:18

**WISH** [4] - 11:3, 15:10, 21:3, 21:8

**WITH** [37] - 3:9, 3:19, 3:20, 4:20, 4:21, 5:9, 6:10, 7:11, 8:2, 9:2, 11:5, 11:9, 11:11,

11:12, 11:23, 11:24,
11:25, 15:11, 15:16,
16:6, 16:10, 19:2,
19:8, 20:1, 21:18,
22:24, 23:12, 25:17,
25:19, 25:21, 26:18,
27:11, 28:15, 28:23,
29:5, 29:19
**WITHIN** [1] - 29:19
**WITNESSES** [4] -
5:23, 14:24, 15:1,
15:3
**WORD** [1] - 26:7
**WORLD** [1] - 25:7
**WOULD** [27] - 9:3,
11:13, 11:15, 12:7,
13:10, 14:1, 14:7,
14:10, 14:12, 14:25,
15:2, 15:4, 15:7,
15:15, 15:18, 16:12,
16:25, 20:21, 21:20,
25:3, 28:11, 28:12,
28:18, 28:19
**WRAPPING** [1] -
19:23
**WRITING** [1] - 28:16

## X

**X-RAY** [2] - 10:1,
10:21
**X-RAYS** [3] - 10:1,
10:7, 10:20

## Y

**YEAR** [1] - 18:4
**YEARS** [2] - 11:5, 11:9
**YES** [21] - 3:4, 4:12,
4:13, 7:14, 7:21,
8:14, 9:13, 9:22,
10:24, 12:4, 12:14,
13:25, 14:16, 16:22,
21:20, 22:15, 23:3,
23:14, 25:18, 27:7,
29:21
**YET** [4] - 3:11, 7:2,
10:5, 13:15
**YOU** [110] - 3:2, 3:6,
3:16, 4:6, 4:17, 5:4,
5:22, 6:3, 7:3, 7:5,
7:15, 7:18, 7:19,
7:23, 8:1, 8:4, 8:5,
8:12, 8:15, 8:17,
8:18, 8:21, 8:25, 9:1,
9:11, 9:12, 9:14,
9:18, 9:19, 9:20,
10:7, 10:19, 11:2,
11:11, 11:24, 12:2,
12:3, 12:13, 12:17,

12:21, 12:24, 12:25,
13:4, 13:6, 13:10,
13:13, 13:16, 13:23,
15:10, 16:20, 17:20,
17:21, 17:22, 20:10,
21:1, 21:3, 21:7,
21:8, 21:9, 21:12,
21:13, 21:14, 21:17,
21:23, 22:5, 22:6,
22:9, 22:13, 22:15,
22:22, 23:1, 23:3,
23:5, 25:12, 25:13,
25:15, 25:17, 26:21,
26:25, 27:3, 27:4,
27:10, 27:11, 27:12,
27:13, 27:14, 28:1,
28:8, 28:14, 28:15,
28:16, 28:17, 28:18,
28:20, 28:23, 28:25,
29:3, 29:4, 29:6,
29:8, 29:25, 30:1,
30:3
**YOUR** [67] - 3:1, 3:15,
4:5, 4:6, 4:12, 4:13,
4:19, 4:24, 5:6, 5:9,
5:17, 6:24, 7:14,
7:25, 10:7, 10:16,
10:23, 11:7, 11:15,
12:19, 12:23, 13:6,
13:15, 13:24, 14:15,
15:13, 16:7, 16:22,
16:23, 17:7, 17:22,
17:23, 18:2, 18:4,
18:14, 18:17, 18:19,
19:22, 20:14, 21:3,
21:5, 21:22, 22:1,
22:13, 22:16, 22:20,
23:5, 23:6, 23:12,
24:5, 24:10, 25:18,
26:17, 26:24, 27:9,
27:25, 28:5, 28:19,
28:22, 29:1, 29:9,
29:12, 29:14, 29:21,
29:23, 29:24, 30:2
**YOURSELF** [1] -
13:10
**YOURSELVES** [1] -
4:17