

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Amanda R. Reinitz*
*Direct Dial: (215) 861-8496*
*Facsimile: (215) 861- 8618*
*E-mail Address: Amanda.Reinitz@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

September 21, 2021

HONORABLE R. BARCLAY SURRICK
Judge, United States District Court
8614 United States Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106-1744

      RE:   *U.S. v Lore-Elisabeth Blumenthal*
              Criminal No. *20-CR-233*

Dear Judge Surrick:

      The Government does not object to the trial in the above-mentioned matter being continued.

      If you have any questions, please let me know.

                              Very truly yours,

                              Jennifer Arbittier Williams
                              Acting, United States Attorney


                              /s Amanda R. Reinitz
                              Amanda R. Reinitz
                              Assistant United States Attorney