IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO.    20-233 |
| v. | : | |
| | : | DATE FILED: |
| LORE-ELISABETH BLUMENTHAL | : | |
| | | VIOLATIONS: |
| | : | 18 U.S.C. § 231(a)(3) (civil disorder – 2 counts) |

## SUPERSEDING INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about May 30, 2020, in the Eastern District of Pennsylvania, defendant

**LORE-ELISABETH BLUMENTHAL**

knowingly committed and attempted to commit acts to obstruct, impede, and interfere with law enforcement officers lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, which obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce, that is, through the destruction of Philadelphia Police Department Radio Patrol Car 2514.

In violation of Title 18, United States Code, Section 231(a)(3).

## COUNT TWO

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about May 30, 2020, in the Eastern District of Pennsylvania, defendant

**LORE-ELISABETH BLUMENTHAL**

knowingly committed and attempted to commit acts to obstruct, impede, and interfere with law enforcement officers lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, which obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce, that is, through the destruction of Philadelphia Police Department Radio Patrol Car 1612.

In violation of Title 18, United States Code, Section 231(a)(3).

_____ for
**JENNIFER ARBITTIER WILLIAMS**
**UNITED STATES ATTORNEY**

No. _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

**LORE-ELISABETH BLUMENTHAL**

SUPERSEDING INFORMATION

Counts
**18 U.S.C. § 231(a)(3) (civil disorder – 2 counts)**

A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____