IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 20-233 |
| LORE-ELISABETH BLUMENTHAL | |

## WAIVER OF INDICTMENT

Lore-Elisabeth Blumenthal, the above-named defendant, who is accused of

18:231(a)(3) - CIVIL DISORDER (1s-2s)

being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Attorney for the U.S.

Date 3/16/2022

_____
Counsel for Defendant

Waivind.frm (Rev. 5/21)
WAIVIND.doc