IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | CRIMINAL NO. 2:20-CR-00233-RBS |
| | : | |
| | : | |
| LORE BLUMENTHAL | : | |
| | : | |
| | : | |

ENTRY OF APPEARANCE

Kindly enter the appearance of Marni Jo Snyder, Esq. as co-counsel for the Defendant, LORE BLUMENTHAL.

                                    Respectfully submitted,

                                    LAW OFFICES OF M.J. SNYDER, LLC

                                    By:

                                    Marni Jo Snyder, Esq. (PA NO. 204377)
                                    100 South Broad Street
                                    Suite 1910
                                    Philadelphia, PA 19102
                                    215-515-3360 office
                                    215-430-3201 cell
                                    215-376-6981 fax
                                    marni@snyderlawyer.com

Date: April 8, 2022